# Exhibit "A"

















# Exhibit "B"



























# Exhibit "C"












TRUNK ARCHIVE    TRUNK ARCHIVE    TRUNK ARCHIVE    TRUNK ARC









# Exhibit "D"

Chrome  File  Edit  View  History  Bookmarks  Profiles  Tab  Window  Help

Thu 9:36 AM

Details for Star Wars: The Forc...

consequence.net/2015/05/details-for-star-wars-the-force-awakens-surface-in-vanity-fair-shoot-watch/

H&A - Wiki    Higbee & Assoc    RecordGone    ImmigrateFast.com    TrustFax    Paylocity    CRM    CarCulture_Contri...

Thursday, June 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...

MUSIC   FILM   TV   HEAVY

CONSE UENCE FILM

News   Reviews   Features   Live   Podcasts   Videos   Mobile App

Menu      Shop      Search      Sale



**Update:** Peter Mayhew, aka Chewbacca himself, tweeted the following photo this afternoon featuring Gwendoline Christie as Captain Phasma. In other words, the Chrome Trooper from

Advertisement

+MANY MORE

**Popular Stories**

Music
**Foo Fighters Announce Taylor Hawkins Tribute Concerts**

Film
**Johnny Depp Joins TikTok, Shares Video Thanking Fans for Support: Watch**

**LIMITED EDITION: Shop the New GWAR Bud Of Gods Fanny Pack Bundle, 25% Off**

Advertisement

TV
**20 Best TV Shows of 2022 (So Far)**

Heavy Consequence







Adam Driver's Kylo Ren

3 / 6



6 / 6



Main hall of pirate Maz Kanata's castle

Details for Star Wars: The Forc...

consequence.net/2015/05/details-for-star-wars-the-force-awakens-surface-in-vanity-fair-shoot-watch/

Thursday, June 9, 2022

View as Analog
✓ View as Digital

Open Date & Time Preferences...

H&A - Wiki     Higbee & Assoc     RecordGone     ImmigrateFast.com     TrustFax     Paylocity     CRM     CarCulture_Contri...

MUSIC   FILM   TV   HEAVY

CONSEQUENCE
FILM

News   Reviews   Features   Live   Podcasts   Videos   **Mobile App**

Menu        Shop        Search        Sale



Advertisement

HERTZ
Vans and trucks nearby.
Hertz. Let's Go!
Book Now

### Popular Stories

Music
**Foo Fighters Announce Taylor Hawkins Tribute Concerts**

Film
**Todd Phillips Confirms Joker 2, Reveals Sequel Subtitle**

**Let the "Good Times" Roll with Rome & Duddy's CBD & Merch: Order Today**

Advertisement

TV
**20 Best TV Shows of 2022 (So Far)**

Heavy Consequence
**Is Johnny Depp Actually a Talented Guitarist?**

Waiting for syndication.twitter.com...





Photo by Annie Leibovitz



Photo by Annie Leibovitz

Advertisement

Find luxury
where you are.
Thät's Dazs
Smiths   Shop Now

**Popular Stories**

Music
**Foo Fighters Announce Taylor Hawkins Tribute Concerts**

Film
**Todd Phillips Confirms Joker 2, Reveals Sequel Subtitle**

**LIMITED EDITION: Shop the New GWAR Bud Of Gods Fanny Pack Bundle, 25% Off**

Advertisement

TV
**20 Best TV Shows of 2022 (So Far)**

Heavy Consequence
**Coheed and Cambria Drop Dance Gavin Dance from Summer Tour Amid Sexual Misconduct Allegations**



Daisy Ridley's Rey

Oscar Isaac's Poe Dameron



4 / 6                                                                                           Lupita Nyong'o's Maz Kanata

Thursday, June 9, 2022

View as Analog
✓ View as Digital

Open Date & Time Preferences...

Star Wars Movies and Shows

https://consequence.net/2022/05/star-wars-movies-shows-ranked-list/19/

H&A - Wiki    Higbee & Assoc    RecordGone    ImmigrateFast.com    TrustFax    Paylocity    CRM    CarCulture_Contri...

MUSIC    FILM    TV    HEAVY



CONSEQUENCE

News    Reviews    Features    Live    Podcasts    Videos    Mobile App

Menu    Shop    Search    Sale

of the Resistance to their final battlefield.



Lando Calrissian (Billy Dee Williams), Poe Dameron (Oscar Isaac), Chewbacca, D-O, and BB-8 in *Star Wars: The Rise of Skywalker* (Lucasfilm), photo by Annie Leibovitz

"Who's Scruffy Looking?" *Rise Of Skywalker* introduces even more horses in the orbaks that Jannah (Naomi Aackie) and Finn (John Boyega) ride into battle on the surface of one of the aforementioned Star Destroyers. The Porgs also make a comeback, and there's even a welcome cameo from everybody's favorite Ewok: Wicket W. Warrick.

Advertisement

AdChoices

NEW ULTRA THIN NOW WITH WINGS
Poise
*Also available without wings
IT TAKES Poise
Buy Now

**Popular Stories**

Music
**Foo Fighters Announce Taylor Hawkins Tribute Concerts**

Film
**Johnny Depp Joins TikTok, Shares Video Thanking Fans for Support: Watch**

**Get Ready for Summer With Branded Tees & More Apparel**
Advertisement

TV
**20 Best TV Shows of 2022 (So Far)**

Heavy Consequence

Chrome File Edit View History Bookmarks Profiles Tab Window Help

Thursday, June 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...

Star Wars: The Last Jedi detail

▲ Not Secure | consequence.net/2017/05/star-wars-the-last-jedi-details-and-photos-surface-in-vanity-fair-cover-story/

H&A - Wiki    Higbee & Assoc    RecordGone    ImmigrateFast.com    TrustFax    Paylocity    CRM    CarCulture_Contri...



5 / 13    Photo by Annie Leibovitz

Chrome File Edit View History Bookmarks Profiles Tab Window Help

Thursday, June 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...

Star Wars: The Last Jedi detail

▲ Not Secure | https://consequence.net/2017/05/star-wars-the-last-jedi-details-and-photos-surface-in-vanity-fair-cover-story/

H&A - Wiki    Higbee & Assoc    RecordGone    ImmigrateFast.com    TrustFax    Paylocity    CRM    CarCulture_Contri...

3 / 13    Photo by Annie Leibovitz

Chrome   File   Edit   View   History   Bookmarks   Profiles   Tab   Window   Help

Thu 1:08 PM

Star Wars: The Last Jedi detail

Not Secure   https://consequence.net/2017/05/star-wars-the-last-jedi-details-and-photos-surface-in-vanity-fair-cover-story/

Thursday, June 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...

H&A - Wiki   Higbee & Assoc   RecordGone   ImmigrateFast.com   TrustFax   Paylocity   CRM   CarCulture_Contri...



6 / 13                              Photo by Annie Leibovitz

Chrome   File   Edit   View   History   Bookmarks   Profiles   Tab   Window   Help

Thu 1:17 PM

Star Wars: The Last Jedi detail

Not Secure   consequence.net/2017/05/star-wars-the-last-jedi-details-and-photos-surface-in-vanity-fair-cover-story/

Thursday, June 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...

H&A - Wiki   Higbee & Assoc   RecordGone   ImmigrateFast.com   TrustFax   Paylocity   CRM   CarCulture_Contri...

12 / 13                             Photo by Annie Leibovitz

Chrome   File   Edit   View   History   Bookmarks   Profiles   Tab   Window   Help

Thursday, June 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...

Star Wars: The Last Jedi detail...   +

Not Secure | consequence.net/2017/05/star-wars-the-last-jedi-details-and-photos-surface-in-vanity-fair-cover-story/

🌐 H&A - Wiki   Higbee & Assoc   RecordGone   ImmigrateFast.com   TrustFax   Paylocity   CRM   CarCulture_Contri...



2 / 13

Photo by Annie Leibovitz

Chrome   File   Edit   View   History   Bookmarks   Profiles   Tab   Window   Help

Thursday, June 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...

Star Wars: The Last Jedi detail...   +

Not Secure | consequence.net/2017/05/star-wars-the-last-jedi-details-and-photos-surface-in-vanity-fair-cover-story/

🌐 H&A - Wiki   Higbee & Assoc   RecordGone   ImmigrateFast.com   TrustFax   Paylocity   CRM   CarCulture_Contri...

9 / 13

Photo by Annie Leibovitz



![Advertisement — A financial plan can lead to 2.7x higher net worth. Get started in as little as 15 minutes. Free digital planning tools. 1:1 guidance tailored to your goals. START TODAY — charles SCHWAB — Own your tomorrow]



Finn (John Boyega) and Jannah (Naomi Ackie) in Star Wars: The Rise of Skywalker (Lucasfilm), photo by Annie Leibovitz

**"Never Tell Me the Odds":** When it comes to Star Wars, too much credit is given to critics and

Advertisement

### Popular Stories

**Music**
Foo Fighters Announce Taylor Hawkins Tribute Concerts

**Film**
Johnny Depp Joins TikTok, Shares Video Thanking Fans for Support: Watch

Get Ready for Summer With Branded Tees & More Apparel
Advertisement

**TV**
20 Best TV Shows of 2022 (So Far)

**Heavy Consequence**





Luke Skywalker (Mark Hamill) and R2-D2 in Star Wars: The Rise of Skywalker (Lucasfilm), photo by Annie Leibovitz

Lando Calrissian (Billy Dee Williams), Poe Dameron (Oscar Isaac), Chewbacca, D-O, and BB-8 in Star Wars: The Rise of Skywalker (Lucasfilm), photo by A…

L165K5



Chrome  File  Edit  View  History  Bookmarks  Profiles  Tab  Window  Help

Thursday, June 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...



Chrome  File  Edit  View  History  Bookmarks  Profiles  Tab  Window  Help

Thursday, June 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...

MUSIC   FILM   TV   HEAVY

CONSEQUENCE FILM

News   Reviews   Features   Live   Podcasts   Videos   Mobile App

Menu   Shop   Search   Sale

*Lando Calrissian (Billy Dee Williams), Poe Dameron (Oscar Isaac), Chewbacca, D-O, and BB-8 in Star Wars: The Rise of Skywalker (Lucasfilm), photo by Annie Leibovitz*

**What About Lando?** Absolutely beautiful. He truly belongs among the clouds. Billy Dee Williams slides right back under the cape as the smooth-talking General, and his few scenes are more affecting than just remedial fan service.

**The Verdict:** *The Rise of Skywalker* was never going to be perfect, and neither was this _____ reboot of this galaxy started with screenwriter Michael Arndt

Advertisement

CARDINALEWAY MAZDA LAS VEGAS
2023 MAZDA CX-50
CX-50 2.5 S SELECT
Starting at
MSRP $28,200²
• Dual zone automatic climate control
• 10.25 full color display
DISCOVER MORE
LEGAL

**Popular Stories**

Music
Foo Fighters Announce Taylor Hawkins Tribute Concerts

Film
Johnny Depp Joins TikTok, Shares Video Thanking Fans for Support: Watch

GWARtridges Are Here: Shop the Bud Of Gods Sour OG Delta-8 Vape
Advertisement

TV
20 Best TV Shows of 2022 (So Far)

Heavy Consequence

Star Wars Movies and Shows | ✕ | rise-of-skywalker-3.jpeg (120C ✕ | +

consequence.net/wp-content/uploads/2019/05/rise-of-skywalker-3.jpeg

H&A - Wiki | Higbee & Assoc | RecordGone | ImmigrateFast.com | TrustFax | Paylocity | CRM | CarCulture_Contri...









Star Wars: The Rise of Skywalk...

consequence.net/2019/05/star-wars-the-rise-of-skywalker-vanity-fair/#jp-carousel-936455

H&A - Wiki    Higbee & Assoc    RecordGone    ImmigrateFast.com    TrustFax    Paylocity    CRM    CarCulture_Contri...

Thursday, June 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...



5 / 11    Star Wars: The Rise of Skywalker Cover Story, photo by Annie Leibovitz

L165K5    Show All

Chrome File Edit View History Bookmarks Profiles Tab Window Help · Thu 11:59 AM

Star Wars: The Rise of Skywalk...

Not Secure | consequence.net/2019/05/star-wars-the-rise-of-skywalker-vanity-fair/

H&A - Wiki    Higbee & Assoc    RecordGone    ImmigrateFast.com    TrustFax    Paylocity    CRM    CarCulture_Contri...

Thursday, June 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...

9 / 11    Star Wars: The Rise of Skywalker (Lucasfilm), photo by Annie Leibovitz

L165K5    Show All

Thursday, June 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...

Star Wars: The Rise of Skywalk

consequence.net/2019/05/star-wars-the-rise-of-skywalker-vanity-fair/

H&A - Wiki    Higbee & Assoc    RecordGone    ImmigrateFast.com    TrustFax    Paylocity    CRM    CarCulture_Contri...

MUSIC   FILM   TV   HEAVY

CONSEQUENCE FILM

News    Reviews    Features    Live    Podcasts    Videos    Mobile App    Menu    Shop    Search    Sale

# Fair cover story

The roles of Keri Russell and Richard E. Grant have been confirmed and much, much more



*Star Wars: The Rise of Skywalker (Lucasfilm), photo by Annie Leibovitz*

Advertisement

PREMIUM WIRELESS
PLANS STARTING AT
$15/mo
mint mobile
SHOP NOW

Advertisement

IN FULL   5G | 1G BROAD   SPECTRUM  CANNABIS   Shop Now   INTRODUCING

Thursday, June 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...

Star Wars: The Rise of Skywalk    rise-of-skywalker-1.jpeg (103(

consequence.net/wp-content/uploads/2019/05/rise-of-skywalker-1.jpeg?resize=1031,580

H&A - Wiki    Higbee & Assoc    RecordGone    ImmigrateFast.com    TrustFax    Paylocity    CRM    CarCulture_Contri...

Star Wars: The Rise of Skywalk

consequence.net/2019/12/film-review-star-wars-the-rise-of-skywalker/

H&A - Wiki    Higbee & Assoc    RecordGone    ImmigrateFast.com    TrustFax    Paylocity    CRM    CarCulture_Contri...

MUSIC  FILM  TV  HEAVY

CONSEQUENCE FILM

News  Reviews  Features  Live  Podcasts  Videos  Mobile App

Menu    Shop    Search    Sale

J.J. Abrams delivers an epic finale that really ties the trilogies together



Advertisement

Star Wars: The Rise of Skywalker

https://consequence.net/2019/05/star-wars-the-rise-of-skywalker-vanity-fair/

H&A - Wiki    Higbee & Assoc    RecordGone    ImmigrateFast.com    TrustFax    Paylocity    CRM    CarCulture_Contri...

7 / 11

Finn (John Boyega) and Jannah (Naomi Ackie) in Star Wars: The Rise of Skywalker (Lucasfilm), photo by Annie Leibovitz

L165K5    Show All