# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GREAT BOWERY INC., d/b/a TRUNK ARCHIVE<br><br>Plaintiff,<br><br>v.<br><br>CONSEQUENCE SOUND LLC, CONSEQUENCE MEDIA GROUP INC., and DOES 1 through 10 inclusive, RK FINE ARTS, LLC.<br><br>Defendants. | Case No. **9:23-cv-80488**<br><br>**NOTICE OF INTERESTED PARTIES** |

Plaintiff, GREAT BOWERY INC., d/b/a TRUNK ARCHIVE, by and through their undersigned counsel hereby discloses the following interested parties and corporations that may have a financial interest in the outcome of this case:

1. Great Bowery Inc., d/b/a Trunk Archive, *Plaintiff*

2. Annie Leibovitz, *Copyright Holder*

These representations are made to enable judges of this Court to evaluate possible disqualifications or recusal.

Plaintiff reserves the right to amend, correct and update this Disclosure Statement throughout the pendency of this action.

Dated: March 29, 2023

Respectfully submitted,

**/s/ Melissa A. Higbee**
Melissa A. Higbee, Esq.
FL State Bar No. 62465
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8373
(714) 597-6729 facsimile
mclark@higbeeassociates.com
*Attorney for Plaintiff*