Civil Action No. **9:23-cv-80488-RLR**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*    **Consequence Sound LLC**
**was received by me on  June 14, 2023**

☐ I personally served the Summons in a Civil Action; Complaint; Order of Court-Mandated Requrements on Service, Defaults, and Joint Scheduling Reports on the individual at   , ,   on

☐ I left the Summons in a Civil Action; Complaint; Order of Court-Mandated Requrements on Service, Defaults, and Joint Scheduling Reports at the individual's residence or usual place of abode with    ,a person of suitable age and discretion who resides there, on *(date)*   , and mailed a copy to the individual's last known address; or

☑ I served the Summons in a Civil Action; Complaint; Order of Court-Mandated Requrements on Service, Defaults, and Joint Scheduling Reports to  **Rick Catinelle - Registered Agent** , who is designated by law to accept service of process on behalf of  **Consequence Sound LLC**  on  **June 20, 2023  1:25 PM**

☐ I returned the Summons in a Civil Action; Complaint; Order of Court-Mandated Requrements on Service, Defaults, and Joint Scheduling Reports unexecuted because;

other *(specify):*

I declare under penalty of perjury that this information is true.

Date:  6/20/2023

_____
*Server's signature*

**Robert Little, CPS#1686, Palm Beach**
*Printed name and title*

**Writ Legal, LLC**
**P.O. BOX 2249,**
**Rockville, MD 20847**
**(888) 667-2038**
*Server's Address*

*Additional information regarding attempted service, etc:*

Documents Served: Summons in a Civil Action; Complaint; Order of Court-Mandated Requrements on Service, Defaults, and Joint Scheduling Reports

Description of Party served:
Gender: Male Race: White Age: 55 Height: 5'5" Weight: 150 Hair: Gray Eyes:No glasses Marks:

A0440-WL22432