**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |
|---|
| Great Bowery Inc. d/b/a Trunk Archive,<br><br>        Plaintiff,<br><br>   v.<br><br>Consequence Sound LLC, Consequence Media Group Inc. *et al.*,<br><br>        Defendants. |

Civil Action No.: 9:23-cv-80488-RLR

## DEFENDANTS' ANSWER

Defendants Consequence Sound LLC ("Consequence Sound") and Consequence Media Group Inc. ("Consequence Media") (each a "Defendant" and together the "Defendants"), by and through their undersigned counsel, denies each and every allegation made in the Complaint filed by Plaintiff Great Bowery Inc. ("Plaintiff") except as admitted or qualified as follows:

## JURISDICTION AND VENUE

1.      Admitted.

2.      Admitted.

3.      Admitted in part and denied in part.  Admitted that the court has personal jurisdiction over Defendant but denied as to the remaining allegations of Paragraph 3.

4.      Admitted in part and denied in part. Admitted that venue is proper in this judicial district but denied as to the remaining allegations of Paragraph 4.

## PARTIES

5.      Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

6. Admitted.

7. Admitted.

8. Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

## FACTUAL ALLEGATIONS

9. Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

10. Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

11. Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

12. Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

13. Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

14. Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

15. Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

16. Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

17. Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

18.     Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

19.     Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

20.     Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

21.     Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

22.     Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

23.     Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

24.     Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

25.     Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

26.     Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

27.     Admitted.

28.     Admitted.

29.     Admitted.

30.     Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

31.     Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

32.     Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

33.     Denied.

34.     Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

35.     Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

36.     Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

37.     Denied.

## CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
### 17 U.S.C. § 101 *et seq.*

38.     Defendants repeat and incorporate by reference their answers to the allegations contained in the preceding paragraphs, as though set forth in full herein.

39.     Defendants lack knowledge or information sufficient to form a belief as to this allegation and therefore deny the same.

40.     Denied.

41.     Denied.

42.     Denied.

43.     Denied.

WHEREFORE, Defendant prays for judgment in its favor and against Plaintiff.

## AFFIRMATIVE DEFENSES

1.      **Failure to State a Claim** - Plaintiff is not entitled to relief because Plaintiff has failed to state a claim upon which relief can be granted.

2.      **Non-Actionable Fair Use** -  Plaintiff is not entitled to relief because Defendants' alleged use of the subject photographs constitutes non-actionable fair use.

Respectfully submitted,

Dated: July 11, 2023

**GEORGE FELDMAN McDONALD, PLLC**
9897 Lake Worth Road, Suite #302
Lake Worth, Florida 33467
Telephone: (561) 232-6002
Toll Free: (833) FINDJUSTICE
(833) 346-3587
Fax: (888) 421-4173
E-Service: EService@4-justice.com

By: */s/ David J. George*
**DAVID J. GEORGE, ESQ.**
Florida Bar Number: 898570
Email: DGeorge@4-Justice.com
**ELIZABETH R. PARKER, ESQ.**
Florida Bar Number: 0154059
Email: EParker@4-Justice.com
**BRITTANY L. BROWN, ESQ.**
Florida Bar Number: 105071
Email: BBrown@4-Justice.com

Anderson J. Duff (*pro hac vice* to be filed)
DUFF LAW PLLC
43-10 Crescent St. Ste. 1217
New York, New York 11101
(t) 646.450.3607
(e) ajd@hoganduff.com

**CERTIFICATE OF SERVICE**

I, David J. George, Esq., hereby state that I served the foregoing motion on Plaintiff via ECF on July 11, 2023.

 */s/* David J. George, Esq.