UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Civil Action No.: 9:23-CV-80488-RLR

Great Bowery Inc. d/b/a Trunk Archive,

Plaintiff,

v.

Consequence Sound LLC, Consequence Media Group Inc. *et al.,*

Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Anderson Duff of the law firm of Duff Law, 43-10 Crescent Street, Suite 1217, New York, NY 11101, 646-450-3607** for purposes of appearance as co-counsel on behalf of Consequence Sound LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Anderson Duff to receive electronic filings in this case, and in support thereof states as follows:

1. Anderson Duff is not admitted to practice in the Southern District of Florida and is a member in good standing of the United States District Court of the Southern and Eastern Districts of New York. Anderson Duff has not filed more than three Motions to Appear Pro Hac Vice within a 365-day period in separate representation before the Courts of this District.

2. Movant, David J. George Esquire, of the law firm of George Feldman McDonald, PLLC, 9897 Lake Worth Road, Suite #302, Lake Worth, Florida 33467, (561) 232-6002, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in

compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Anderson Duff has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Anderson Duff by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Anderson Duff at email address: ajd@hoganduff.com

WHEREFORE, David J. George moves this Court to enter an Order permitting Anderson Duff to appear before this Court on behalf of Defendant, Consequence Sound LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Anderson Duff.

Respectfully submitted,

**GEORGE FELDMAN MCDONALD, PLLC**
9897 Lake Worth Road, Suite #302
Lake Worth, Florida 33467
Telephone: (561) 232-6002
Toll Free: (833) FINDJUSTICE
(833) 346-3587
Fax: (888) 421-4173


By: */s/ David J. George*
**DAVID J. GEORGE, ESQ.**
Florida Bar Number: 898570
Emails: DGeorge@4-Justice.com
          EService@4-Justice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ David J. George*
**DAVID J. GEORGE, ESQ.**