UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Civil Action No.: 9:23-CV-80488-RLR

Great Bowery Inc. d/b/a Trunk Archive,

Plaintiff,

v.

Consequence Sound LLC, Consequence Media Group Inc. *et al.,*

Defendant.

_____/

**CERTIFICATION OF ANDERSON DUFF**

I, Anderson Duff, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State of New York, State of Massachusetts, United States District Court of Southern District of New York, Eastern District of New York, Northern District of Illinois and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

*/s/ Anderson Duff*
Anderson Duff