**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No.: 9:23-CV-80488-RLR**

Great Bowery Inc. d/b/a Trunk Archive,

Plaintiff,

v.

Consequence Sound LLC, Consequence Media Group Inc. *et al.,*

Defendant.

_____/

**ORDER GRANTING MOTION FOR ANDERSON DUFF TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Anderson Duff Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion") pursuant to the Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Anderson Duff may appear and participate in this action on behalf of Carrier Corporation. The Clerk shall provide electronic notification of all electronic filings to Anderson Duff at ajd@hoganduff.com

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record