UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:23-cv-80488-RLR

GREAT BOWERY, INC.,

    Plaintiff,

v.

CONSEQUENCE SOUND, LLC, et al

    Defendant.

_____/

## ORDER APPROVING MOTION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE, having come on to be considered before the Court upon the Defendant, Consequence Sound, LLC's Motion for Substitution of Counsel between the above-named counsel and parties, and the Court being otherwise fully advised, it is:

**ORDERED** and **ADJUDGED** as follows:

1. The Motion for Substitution of Counsel is hereby **GRANTED**.

2. C. Cory Mauro, Esq. and Evan D. Appell, Esq. (Fla. Bar Nos.: 384739 and 58146) of Mauro Law P.A. shall take over the representation of Defendant Consequence Sound, LLC.

3. David J. George, esq. of George Feldman McDonald PLLC ("George") is relieved of all further responsibility relative to representation of Defendant Consequence Sound, LLC in this action and shall no longer serve as counsel of record for Defendant Consequence Sound, LLC.

4. All future pleadings, papers, and other materials directed to or served upon Defendant Consequence Sound, LLC shall be served upon C. Cory Mauro, Esq. and Evan D. Appell, Esq. of Mauro Law P.A., 1001 Yamato Road, Suite 401, Boca Raton, FL 33431; cory@maurolawfirm.com; service@maurolawfirm.com; evan@maurolawfirm.com.

*CASE NO.:  9:23-cv-80488-RLR*

**DONE AND ORDERED** in chambers, Palm Beach County, Florida this _____ day of _____, 2023.

                                                                _____
                                                                  HONORABLE ROBIN L. ROSENBERG
                                                                  UNITED STATES DISTRICT JUDGE

*Copies furnished to counsel of record via CM/ECF*