# Duff Law PLLC

Anderson J. Duff
Managing Member
(646) 450-3607
ajd@hoganduff.com

November 3, 2023

**<u>VIA ECF</u>**
Hon. Robin L. Rosenberg

Re:     *Great Bowery, Inc. d/b/a Trunk Archive v. Consequence Sound LLC, et al.*, 23-cv-80488-RLR
        *Joint Letter Concerning Scheduled Mediation*

Dear Judge Rosenberg:

Pursuant to Your Honor's July 27, 2023 Scheduling Order, ECF No. 14 at 4, as modified by Your Honor's November 1, 2023 Order, ECF No. 19, counsel for Plaintiff Great Bowery, Inc. ("Great Bowery") and the undersigned counsel for Defendants Consequence of Sound LLC and Consequence Media Group Inc. (referred to together herein as "Consequence") respectfully submit this joint letter advising the Court that the Parties have scheduled a mediation with Mark Stein of Mark Stein Law at 9:00 a.m. ET on May 2, 2024. The Parties have agreed to conduct the mediation via Zoom.

Respectfully,

By:

Anderson J. Duff

AJD/jo

Cc:     Taryn Murray via ECF