Case No.: 9:23-cv-80488-RLR

GREAT BOWERY INC d/b/a
TRUNK ARCHIVE,

      Plaintiff,

v.

CONSEQUENCE SOUND LLC,
CONSEQUENCE MEDIA GROUP
INC., and DOES 1 through 10
inclusive,

      Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Taryn R. Murray of the law firm of Higbee & Associates, 1504 Brookhollow Drive, Suite 112, Santa Ana, CA 92705, (714) 617-8300, for purposes of appearance as co-counsel on behalf of Great Bowery Inc d/b/a Trunk Archive in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Taryn R. Murray to receive electronic filings in this case, and in support thereof states as follows:

1.     Taryn R. Murray is not admitted to practice in the Southern District of Florida and is a member in good standing of the Commonwealth of Massachusetts and the United States District Court of Massachusetts, the State of New York and the United States District Court for the Southern District of New York.

2.      Movant, Melissa A. Higbee, Esquire, of the law firm of Higbee & Associates, 1504 Brookhollow Drive, Suite 112, Santa Ana, CA 92705, (714) 617-8350, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Taryn R. Murray has made payment of this Court's $200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Taryn R. Murray, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Taryn R. Murray at email address: tmurray@higbee.law.

WHEREFORE, Melissa A. Higbee, moves this Court to enter an Order Taryn R. Murray, to appear before this Court on behalf of Great Bowery Inc d/b/a Trunk Archive, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Taryn R. Murray.

Date: February 29, 2024                          Respectfully submitted,


                                                 */s/ Melissa A. Higbee*
                                                 Melissa A. Higbee, Esq.
                                                 State Bar No. 62465
                                                 mh@higbee.law
                                                 Higbee & Associates
                                                 1504 Brookhollow Drive, Suite 112
                                                 Santa Ana, CA 92705-5418
                                                 (714) 617-8350
                                                 (714) 597-6559 facsimile
                                                 Attorneys for Great Bowery Inc d/b/a Trunk Archive

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 9:23-cv-80488-RLR**


GREAT BOWERY INC d/b/a
TRUNK ARCHIVE,

     Plaintiff,

v.

CONSEQUENCE SOUND LLC,
CONSEQUENCE MEDIA GROUP
INC., and DOES 1 through 10
inclusive,

     Defendant.

_____/


## <u>CERTIFICATION OF TARYN R. MURRAY</u>


Taryn R. Murray, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing in the Commonwealth of Massachusetts and the United States District Court of Massachusetts, the State of New York and the United States District Court for the Southern District of New York; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.


*/s/ Taryn R. Murray*
Taryn R. Murray, Esq.

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFIY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notice of Electronic Filings was served by CM/ECF on February 29, 2024, on all counsel or parties of record on the service list.

/s/ *Melissa A. Higbee*
Melissa A. Higbee, Esq.
State Bar No. 62465
mh@higbee.law

**Case No.: 9:23-cv-80488-RLR**

**SERVICE LIST**

cory.mauro@maurolawfirm.com
dgeorge@4-justice.com
ajd@hoganduff.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## Case No.: 9:23-cv-80488-RLR

GREAT BOWERY INC d/b/a
TRUNK ARCHIVE,

      Plaintiff,

v.

CONSEQUENCE SOUND LLC,
CONSEQUENCE MEDIA GROUP
INC., and DOES 1 through 10
inclusive,

      Defendant.

_____/

## ORDER GRANTING MOTION TO APPEAR
## *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Taryn R. Murray, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Taryn R. Murray, may appear and participate in this action on behalf of Great Bowery Inc d/b/a Trunk Archive. The Clerk shall provide electronic notification of all electronic filings to Taryn R. Murray, at tmurray@higbee.law.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____
Judge Robin L. Rosenberg
United States District Judge

Copies furnished to: All Counsel of Record