**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

GREAT BOWERY INC d/b/a
TRUNK ARCHIVE,

                    Plaintiff,

v.

CONSEQUENCE SOUND LLC,
CONSEQUENCE MEDIA GROUP
INC; and DOES 1 through 10
inclusive,

                    Defendants.

Case No. **9:23-CV-80488**

**JOINT DISCOVERY STATUS REPORT**

Pursuant to the Court's July 28, 2023 Order, entered as docket entry #15, the Parties hereby submit a Joint Discovery Status Report in preparation for the Zoom Discovery Status Conference currently scheduled for March 13, 2024 at 1:30PM.

**I.      What discovery has been propounded by each party**

Defendant served upon Plaintiff Requests for Production of Documents on September 12, 2023. Plaintiff served upon Defendant Requests for Production of Documents, Request for Admissions, and Plaintiff's First Set of Interrogatories on February 16, 2024.

**II.      Whether discovery requests have been answered**

Plaintiff responded to Defendant's Requests for Production of Documents on October 11, 2023 and provided a Supplemental Response to Defendant's Requests on February 16, 2024.

Defendant's responses to Plaintiff's discovery requests as described in Section I are due by March 18, 2024.

**III.       The status of depositions**

Plaintiff does not anticipate taking any depositions at this time.

**IV.       The status of expert disclosures**

Neither party will be utilizing experts in this matter.

**V.        Whether there are any outstanding discovery disputes**

The parties do not currently have any outstanding discovery disputes.

**VI.       Whether the parties believe that a discovery status conference is needed**

The parties do not believe a discovery status conference is needed at this time.

**VII.      Whether the parties can certify that all discovery will be completed by the discovery deadline.**

At this time, the Parties can certify that all discovery will be completed by the current deadline set by the court, April 12, 2024.

JOINT STATUS REPORT

Dated: March 7, 2024                                          Respectfully submitted,

**/s/ Melissa A. Higbee**
Melissa A. Higbee, Esq.
State Bar No. 62465
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6559 facsimile
*Attorney for Plaintiff*

**s/ Taryn Rose Murray**
Taryn Rose Murray, Esq (*pro hac vice)*
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8340
(714) 597-6559 facsimile
tmurray@higbee.law
*Attorney for Plaintiff*

Dated: March 7, 2024                                          Respectfully submitted,

**/s/ Anderson J. Duff**
Anderson J. Duff (*pro hac vice*)
**DUFF LAW PLLC**
43-10 Crescent St. Ste. 1217 New
York, New York 11101
646.450.3607
ajd@hoganduff.com
*Attorney for Defendants*