IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-CV-80488-ROSENBERG

GREAT BOWERY, INC. d/b/a
TRUNK ARCHIVE,

Plaintiff,

v.

CONSEQUENCE SOUND LLC,
CONSEQUENCE MEDIA GROUP INC.
and DOES 1 through 10,

Defendant.
_____/

## MEDIATOR'S REPORT

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was held on May 2, 2024, all of the parties and their representatives attended by Zoom video conference and the matter did not settle.

    Respectfully Submitted,

    MARK STEIN LAW
    2999 NE 191st Street
    Suite 330
    Aventura, FL 33180
    (305) 356-7550
    mark@marksteinlaw.com

    By: /s/ Mark E. Stein
        Mark E. Stein, *Mediator*
        Florida Bar No. 818666

CASE NO. 23-CV-80488-ROSENBERG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 3, 2024, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

/s/ Mark E. Stein, Esq.
Mark E. Stein, Esq.