| | |
|---|---|
| GREAT BOWERY INC d/b/a TRUNK ARCHIVE, <br><br>            Plaintiff, <br><br> v. <br><br> CONSEQUENCE SOUND LLC, CONSEQUENCE MEDIA GROUP INC.; and DOES 1 through 10 inclusive <br><br>        Defendant. | Case No. **9:23-cv-80488** <br><br> **JOINT REQUEST TO STAY DISPOSITIVE MOTION DEADLINE** |

## JOINT REQUEST TO STAY DISPOSITIVE MOTION DEADLINE

The Parties jointly requests that the Court stay the deadline for the Parties to file their dispositive motions, currently set for May 10, 2024, until the Court determines whether to grant Plaintiff's Motion to Amend the Complaint (Dkt. 27).

## FACTUAL BACKGROUND

1. On or about March 29, 2023 Plaintiff filed their Complaint (Dkt. 1) against Defendants Consequence Sound LLC, Consequence Media LLC and DOES 1 through 10, inclusive ("Consequence" or "Defendants") alleging copyright infringement.

2. On or about June 20, 2023, Defendants were each served with the Summons and Complaint. (Dkt. 9, Dkt. 10).

3. Defendant filed their Answer on July 13, 2023.

4. Since that date, and pursuant to the Court's Scheduling Order, entered on the docket as Docket Entry #14, the Parties have engaged in discovery and limited settlement discussions.

5. The Parties engaged in the required mediation on May 2nd, 2024 but were not able to come to an agreement.

6. Dispositive motions are currently due by May 10, 2024. (Dkt. 14)

7. Based on the issues raised by Defendant, and in an effort to make any time spent by the Court on this matter as efficient as possible, Plaintiff seeks to add two Plaintiffs to this lawsuit – copyright holder Annie Leibovitz and her studio, AL Studios LLC. Plaintiff's First Motion to Amend was filed on the docket as docket entry #27.

8. The Parties jointly requests that the Court stay the pending deadline for dispositive motions until a determination has been made regarding Plaintiff's requested amendment.

## ARGUMENT

### A. Request to Stay Dispositive Motion Deadline Until Court Decides on Plaintiff's Motion to Amend

The Parties, by and through their undersigned counsel, hereby request the Court stay the deadline for the Parties to file dispositive motions, currently set for May 10, 2024, until the Court decides on Plaintiff's Motion to Amend the Complaint.

A district court has discretionary power to stay proceeding in its own court. *See Landis v. N.A. Co.*, 299 U.S. 248, 254-255 (1936) ("[T]he power to stay proceedings is

incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). A case management and scheduling order (CMSO) "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "This good cause standard precludes modification unless the schedule cannot be met despite the diligence of the party seeking the extension." *See Sosa v. Airprint Sys., Inc*., 133 F.3d 1417, 1418 (11th Cir. 1998) (per curiam) (internal quotation marks omitted).

The Parties believe good cause exists to stay the pending deadline for dispositive motions because the Plaintiff's motion to amend seeks to add two parties to this matter in order to bypass potential standing issues which would necessarily effect both Parties' arguments in a motion for summary judgment. Plaintiff believes that if the Court were to grant Plaintiff's Motion to Amend, certain issues that would be argued in a summary judgment motion based on the current complaint would become moot. Further, waiting for the Court's decision regarding the Motion to Amend could ultimately save both the Court's and Parties' time, as the Parties may be able to resolve this matter if the issue of standing is overcome prior to motion practice.

It is therefore in the interest of justice and to the benefit of both Parties to stay the upcoming dispositive motion deadline until the Court renders a decision regarding Plaintiff's Motion to Amend.

**B. <u>Alternatively, the Parties Jointly Request a 30 Day Extension of Time to File Dispositive Motions.</u>**

If the Court is not inclined to grant a stay of the dispositive motion deadline,

currently set for May 10, 2024, the Parties jointly request a 30 day extension of time to file their dispositive motions. The Parties believe good causes exists to grant such an extension, as the Plaintiff seeks to add two additional Parties via the Motion to Amend, which would necessarily affect any arguments made by either Party. Further, if the Court were to grant the Motion to Amend, the requested extension would allow the Parties additional opportunities to discuss settlement of this matter.

DATED: May 6, 2024                    Respectfully submitted,

**s/ Taryn Rose Murray**
Taryn Rose Murray, Esq.
*Admitted Pro Hac Vice*
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8340
(714) 597-6559 facsimile
tmurray@higbee.law
*Attorney for Plaintiff*

**/s/ Melissa A. Higbee**
Melissa A. Higbee, Esq.
State Bar No. 62465
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6559 facsimile
*Attorney for Plaintiff*

**s/Anderson J. Duff**
Anderson J. Duff (*pro hac vice*)
DUFF LAW PLLC
353 Ocean Avenue Ste.
4E New York, New York 11226
(t) 646.450.3607
(e) ajd@hoganduff.com

# LOCAL RULE 7.1(A)(3) CERTIFICATION

In accordance with Local Rule 7.1.(A)(3), the undersigned hereby certifies that the parties met and conferred on the contents of this motion on May 6, 2024.

Dated: May 6, 24            Respectfully submitted,

**s/ Taryn Rose Murray**
Taryn Rose Murray, Esq.
*Admitted Pro Hac Vice*
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8340
(714) 597-6559 facsimile
tmurray@higbee.law
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that the Parties' Joint Motion to Stay the Dispositive Motion Deadline has been served on all parties who have appeared in this case by using the Court's CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record listed with the Clerk of the Court.

*/s/ Taryn R. Murray*
Taryn R. Murray
