# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GREAT BOWERY INC d/b/a TRUNK ARCHIVE,<br><br>                  Plaintiff,<br><br>v.<br><br>CONSEQUENCE SOUND LLC, CONSEQUENCE MEDIA GROUP INC.; and DOES 1 through 10 inclusive<br><br>   Defendant. | Case No. **9:23-cv-80488**<br><br>**DECLARATION OF TARYN R. MURRAY** |

## DECLARATION OF TARYN R. MURRAY

I, Taryn R. Murray, declare as follows:

1. I am over the age of 18 years old. I have personal knowledge of all matters stated herein, and if called as a witness, I could and would competently testify thereto.

2. I am the attorney of record for Plaintiff Great Bowery Inc d/b/a Trunk Archive.

3. Attached hereto as Exhibit 36 is a true and correct copy of the Complaint that was filed in this matter.

4. Attached hereto as Exhibit 37 is a true and correct copy of Defendants Consequence Sound LLC and Consequence Media Group Inc.'s Answer and affirmative defenses that was filed in this matter.

1

5. Attached hereto as Exhibit 38 is a true and correct copy of Defendant's Responses to Plaintiff's Request for Admission.

6. Attached hereto as Exhibit 39 is a true and correct copy of Defendant's Responses to Plaintiff's Interrogatories.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this May 10th, 2024 at Rego Park, New York.

_____
Taryn R. Murray