UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:23-cv-80488-RLR

| | |
|---|---|
| GREAT BOWERY INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| CONSEQUENCE SOUND LLC, and CONSEQUENCE MEDIA GROUP, | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Consequence Sound LLC and Consequence Media Group ("Defendants") respectfully move this Court for summary judgment on the claim Plaintiff Great Bowery Inc. asserts against Defendants in the above-captioned action. The record demonstrates that Defendants are entitled to judgment as a matter of law pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Rules.

Date:  New York, New York
       May 10, 2024

Respectfully submitted,

By:   /C. Cory Mauro/

C. Cory Mauro
Florida Bar No. 384739
MAURO LAW P.A.
1001 Yamato Road, Suite 401
Boca Raton, Florida 33431
(t) 561.202.1992
(e) cory@maurolawfirm.com
(e) service@maurolawfirm.com

Anderson J. Duff (*pro hac vice*)
DUFF LAW PLLC
353 Ocean Ave. Ste. 4E
Brooklyn, New York 11226
(t) 646.450.3607

(e) ajd@hoganduff.com

*Attorneys for Defendants
Consequence Sound LLC and
Consequence Media Group*

2