**EXHIBIT A**

**Registration #:** VA0002056929  
**Service Request #:** 1-3464482531

AL STUDIO LLC  
Laura Cali  
405 W 14th Street  
3rd Floor  
New York, NY 10014 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-056-929**

**Effective Date of Registration:**
October 17, 2016

## Title

**Title of Work:** Vanity Fair, 2015

**Previous or Alternate Title:** Group Registration of published photographs: 39 photos; publication dates range 3/01/2015 - 12/01/2015.

**Content Title:** Amy Adams, Channing Tatum, Reese Witherspoon, Eddie Redmayne, Felicity Jones, David Oyelowo, Benedict Cumberbatch, Sienna Miller, Oscar Isaac and Miles Teller, Los Angeles, 2014 (approx. March 1, 2015)

Evan Spiegel, Michael Bloomberg and Jonathan Ive, San Francisco, California, 2014 (approx. March 1, 2015)

Yuri Milner, David Zaslav, Richard Plepler, Elon Musk, Andrew Ross Sorkin, General Keith Alexander John Haring, Kevin Mandia, John Doerr, Senator Rand Paul, Jonah Pertti, Kara Swisher, Shane Smith, David Carr, Jenji Kohan, Matthew Weiner, Robert King, Michelle King, Mike Judge, Preet Bharara, San Francisco, California, 2014 (approx. March 1, 2015)

Mayor Edwin Lee, Amanda Burden, Jeremy Stoppelman, Tony Hsieh, Senator Kirsten Gillibrand, Kamala Harris, Katie Couric, Mellody Hobson, George Lucas, Irving Azoff, Tom Freston, Daniel Ek, Rem Koolhaas, Tony Fadell, Susan Wojcicki, Anne Wojcicki, Jack Dorsey, San Francisco, California, 2014 (approx. March 1, 2015)

Eric Schmidt, Bob Woodward, Astro Teller, Max Levchin, Jessica Lessin, Gwynne Shotwell, Emily Chang, Brian Chesky, Ben Silbermann, Sophia Amoruso, Bob Iger, Marc Andreessen, Laura Arrillaga-Andreessen, Reed Hastings, Jane Stoddard, Sal Khan, Walter Isaacson, Graydon Carter, Jonathan Ive, San Francisco, California, 2014 (approx. March 1, 2015)

Scott Aukerman, Mike Farah, Nick Kroll, Whitney Cummings, Dick Costolo, Judd Apatow and Kumail Najiani, San Francisco, California, 2014 (approx. March 1, 2015)

Julie Andrews and Christopher Plummer, New York City, 2014 (approx. March 1, 2015)

Lord Jacob Rothschild and David Rockefeller, New York City, 2014 (approx. April 1, 2015)

Ken Wantanabe and Kelli O'Hara, New York City, 2015 (approx. April 1, 2015)

Ken Wantanabe and Kelli O'Hara, New York City, 2015 (approx. April 1, 2015)

John C. Whitehead, New York City, 2014 (approx. April 1, 2015)

Mellody Hobson, Chicago, Illinois, 2014 (approx. April 1, 2015)

Sofia Vergara, Palm Springs, California, 2015 (approx. May 1, 2015)

Sofia Vergara, Palm Springs, California, 2015 (approx. May 1, 2015)

Sofia Vergara, Palm Springs, California, 2015 (approx. May 1, 2015)

Sofia Vergara, Palm Springs, California, 2015 (approx. May 1, 2015)

Sofia Vergara, Palm Springs, California, 2015 (approx. May 1, 2015)

Sofia Vergara, Palm Springs, California, 2015 (approx. May 1, 2015)

Bryan Stevenson, Montgomery, Alabama, 2015 (approx. May 1, 2015)

John Boyego, Daisy Ridley, Chewbaca and Harrison Ford, London, 2014 (approx. June 1, 2015)

Adam Driver, London, 2014 (approx. June 1, 2015)

Star Wars characters, London, 2014 (approx. June 1, 2015)

Oscar Isaac, London, 2014 (approx. June 1, 2015)

Gwendoline Christie, London, 2014 (approx. June 1, 2015)

Lupita Nyong'o, London, 2014 (approx. June 1, 2015)

J.J. Abrams and Daisy Ridley, London, 2014 (approx. June 1, 2015)

John Williams, Kathleen Kennedy, Lawrence Kasdan and J.J. Abrams, Santa Monica, California, 2015 (approx. June 1, 2015)

Judy Blume, Ballast Key, Key West, Florida, 2015 (approx. June 1, 2015)

Sumner Redstone, New York City, 1994 (approx. June 1, 2015)

Channing Tatum, Burbank, California, 2015 (approx. August 1, 2015)

Channing Tatum, Burbank, California, 2015 (approx. August 1, 2015)

Channing Tatum, Burbank, California, 2015 (approx. August 1, 2015)

Channing Tatum, Burbank, California, 2015 (approx. August 1, 2015)

Linda Greer, Clifton, New Jersey, 2015 (approx. September 1, 2015)

Mark Zuckerberg, Menlo Park, California, 2015 (September 1, 2015)

Mark Zuckerberg and Palmer Luckey, Menlo Park, California, 2015 (September 1, 2015)

Brendan Iribe and Nate Mitchell, Menlo Park, California, 2015 (September 1, 2015)

Sonny Mehta, New York City, 2015 (approx. October 1, 2015)



Agnes Gund, New York City, 2014 (approx. December 1, 2015)

## Completion/Publication

        **Year of Completion:** 2015
      **Date of 1st Publication:** March 01, 2015
    **Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0733-8899

## Author

-            **Author:** Annie Leibovitz
      **Author Created:** photograph
    **Work made for hire:** No
         **Citizen of:** United States
          **Year Born:** 1949

## Copyright Claimant

**Copyright Claimant:** Annie Leibovitz
405 W 14th Street, 3rd Floor, New York, NY, 10014, United States

## Certification

**Name:** Laura Cali
**Date:** October 14, 2016