**EXHIBIT B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-111-252**

**Effective Date of Registration:**
July 10, 2017

## Title

**Title of Work:** Vanity Fair, 2017 (Part 1)

**Previous or Alternate Title:** Group Registration of published photographs: 45 photographs; publication dates range: 2/01/2017 - 8/01/2017

**Content Title:** Emma Stone, Lupita Nyong'o, Amy Adams, Natalie Portman, Ruth Negga, Dakota Fanning, Elle Fanning, Aja Naomi King, Dakota Johnson, Greta Gerwig and Janelle Monae, Los Angeles, 2016 (approx. February 1, 2017)

Emma Stone, Los Angeles, 2016 (approx. February 1, 2017)

Natalie Portman, New York City, 2016 (approx. February 1, 2017)

Janelle Monae, Los Angeles, 2016 (approx. February 1, 2017)

Dakota Johnson, Los Angeles, 2016 (approx. February 1, 2017)

Elle Fanning, Los Angeles, 2016 (approx. February 1, 2017)

Dakota Fanning, Los Angeles, 2016 (approx. February 1, 2017)

Ruth Negga, Los Angeles, 2016 (approx. February 1, 2017)

Aja Naomi King, Los Angeles, 2016 (approx. February 1, 2017)

Greta Gerwig, Los Angeles, 2016 (approx. February 1, 2017)

Greta Gerwig, Los Angeles, 2016 (approx. February 1, 2017)

Lupita Nyong'o, Los Angeles, 2016 (approx. February 1, 2017)

Amy Adams, Los Angeles, 2016 (approx. February 1, 2017)

John Leguizamo, New York City, 2016 (approx. February 1, 2017)

New Establishment Summit, San Francisco, 2016 (approx. March 1, 2017)

Fran Lebowitz, Barry Diller, Graydon Carter, Sarah Jessica Parker, Conan O'Brien, Kevin Reilly, Eddy Cue, Richard Plepler, Amy Cappellazzo, Larry Gagosian, Jeff Koons, Laura Paulson, Darren Walker and Priscilla Chan, San Francisco, 2016 (approx. March 1, 2017)

Susan Wojcicki, Sean Parker, James Allison, James Balog, Lynsey Addario, Chamath Palihapitiya, Hamdi Ulukaya, Travis Kalanick, Jeff Bezos, Priscilla Chan, Marty Baron, Larry Gagosian, Jeff Koons, Kyle Bass, Sally Jewell, David Zaslav, and James Chanos, San Francisco, 2016 (approx. March 1, 2017)

Kevin Feige, John Lasseter, Kathleen Kennedy and Bob Iger, San Francisco, 2016 (approx. March 1, 2017)

Michael Moritz, Mary Parent, Steve Case, Beth Comstock, Bobby Kotick, Glenn Hubbard, Sebastian Thrun, Arati Prabhakar, Sarah Ellison, Nathan Myhrvold, Michael Evans, Peter Chernin, Marcus Samuelsson, Jesse Draper, Elizabeth Gore, Frank Rich, Fran Lebowitz, Mary Meeker, Jean Liu, Aaron Levie, Rashida Jones, Leslie Moonves, and Gabriel Sherman, San Francisco, 2016 (approx. March 1, 2017)

Renée Fleming, New York City, 2017 (approx. March 1, 2017)

BB-8, Oscar Isaac, John Boyega and Kelly Marie Tran, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Daisy Ridley and Mark Hamill, Dingle, Ireland, 2016 (approx. June 1, 2017)

Gwendoline Christie, Adam Driver and Domhnall Gleeson, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Carrie Fisher, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Daisy Ridley and Mark Hamill, Dingle, Ireland, 2016 (approx. June 1, 2017)

Carrie Fisher, BB-8, Oscar Isaac, John Boyega and Kelly Marie Tran, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Domhnall Gleeson, Adam Driver and Gwendoline Christie, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Daisy Ridley, Dingle, Ireland, 2016 (approx. June 1, 2017)

Daisy Ridley and Chewbacca, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Neal Scanlan and guests at the Canto Bight casino, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Michael Kaplan and his costume creations, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Laura Dern, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Benicio Del Toro, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Carrie Fisher, Rian Johnson, Mark Hamill and Kathleen Kennedy, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Anthony Daniels, Brian Herring, Dave Chapman, Matthew Denton, BB-8, Lee Towersey, R2-D2 and Joshua Lee, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Adam Driver, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Billie Lourd and Carrie Fisher, Pinewood Studios, London, 2016 (approx. June



1, 2017)

Mark Hamill and Carrie Fisher, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Serena Williams, Highland Beach, Florida, 2017 (approx. August 1, 2017)

Serena Williams, Highland Beach, Florida, 2017 (approx. August 1, 2017)

Serena Williams, Highland Beach, Florida, 2017 (approx. August 1, 2017)

Alexis Ohanian and Serena Williams, Highland Beach, Florida, 2017 (approx. August 1, 2017)

Serena Williams and Alexis Ohanian, Highland Beach, Florida, 2017 (approx. August 1, 2017)

Serena Williams and Alexis Ohanian, Highland Beach, Florida, 2017 (approx. August 1, 2017)

Jerry Brown, Sacramento, California, 2014 (approx. August 1, 2017)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 01, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISSN 0733-8899

## Author

- **Author:** Annie Leibovitz
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1949

## Copyright Claimant

**Copyright Claimant:** Annie Leibovitz
405 W 14th Street, 3rd Floor, New York, NY, 10014, United States

## Certification

**Name:** Laura Cali
**Date:** July 06, 2017

**Copyright Office notes:** Basis for Registration: Registered as a Group of Published Photographs.