**EXHIBIT C**



Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. **More**.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Leibovitz
Search Results: Displaying 1 of 223 entries



***Vanity Fair, 2019.***

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002192380 / 2020-01-16 |
| **Application Title:** | Vanity Fair, 2019 |
| **Title:** | Vanity Fair, 2019. [Group registration of published photographs. 44 photographs. 2019-03-01 to 2019-12-01] |
| **Description:** | 44 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Annie Leibovitz, 1949- . Address: 15 Hudson Yards, 76E, New York, NY, 10001, United States. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-03-01 to 2019-12-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Annie Leibovitz, 1949- ; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Trunk Archive, (212) 356-0099 |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in December 2019 (4 photographs): RuPaul, Culver City, California, 2019, RuPaul, Culver City, California, 2019, RuPaul, Culver City, California, 2019, RuPaul, Culver City, California, 2019, |
| | Published in December 2019 (11 photographs): Nancy Pelosi, Washington, D.C., |

2019, Nancy Pelosi, Washington, D.C., 2019, Steny Hoyer, Ilhan Omar, and Nancy Pelosi, Washington, D.C., 2019, Nancy Pelosi, Washington, D.C., 2019, Chuck Schumer, Washington, D.C., 2019, Nancy Pelosi, Washington, D.C., 2019, Members at a caucus meeting, Washington, D.C., 2019, Nancy Pelosi, Washington, D.C., 2019, Maxine Waters and Nancy Pelosi, Washington, D.C., 2019, Adam Schiff, Elijah Cummings, Jerry Nadler, and Nancy Pelosi, Washington, D.C., 2019, Nancy Pelosi, Washington, D.C., 2019,

Published in March 2019 (1 photographs): Cicely Tyson, New York City, 2018

Published in April 2019 (8 photographs): Beto O'Rourke, El Paso, Texas, 2019, Beto O'Rourke, El Paso, Texas, 2019, Beto and Henry O'Rourke, El Paso, Texas, 2019, Beto O'Rourke, outside El Paso, Texas, 2019, Molly, Henry, and Beto O'Rourke, El Paso, Texas, 2019, Beto O'Rourke, El Paso, Texas, 2019, Beto O'Rourke, Bowie High School, El Paso, Texas, 2019, Beto and Amy O'Rourke with their children, Molly, Ulysses and Henry, Franklin Mountains State Park, El Paso, Texas, 2019

Published in June 2019 (17 photographs): Adam Driver, London, 2018, Daisy Ridley, London, 2019, J. J. Abrams, Wadi Rum, Jordan, 2018, J. J. Abrams, Wadi Rum, Jordan, 2018, Colin Anderson, Wadi Rum, Jordan, 2018, J. J. Abrams and Daisy Ridley, Wadi Rum, Jordan, 2018, Joonas Suotamo, Daisey Ridley, Anthony Daniels, and John Boyega, Wadi Rum, Jordan, 2018, BB-8 and Anthony Daniels, Wadi Rum, Jordan, 2018, Colin Anderson, Joonas Suotamo, BB-8, and Daisy Ridley, Wadi Rum, Jordan, 2018, Aki-Aki, Wadi Rum, Jordan, 2018, Adam Driver and Daisy Ridley, London, 2018, John Boyega and Naomi Ackie, London, 2019, Oscar Isaac, Billy Dee Williams, Chewbacca, D-O, and BB-8, London, 2018, Domnhall Gleeson and Richard E. Grant, London, 2018, Keri Russell, London, 2018, John Williams, Culver City, California, 2019, Mark Hamill and R2-D2, London, 2018,

Published in September 2019 (3 photographs): Ta-Nehisi Coates, New York City, 2019, Ta-Nehisi Coates, Brooklyn, New York, 2019, Ta-Nehisi Coates, New York City, 2019,

**Names:** Leibovitz, Annie, 1949-



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format [Full Record ▼] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page