**EXHIBIT L**

Artist Name: Annie Leibovitz
Address: c/o Trunk Archive 190 Bowery, fl 2, New York NY 10012
Email: via LK@trunkarchive.com

To Whom It May Concern:

This letter is to confirm that Great Bowery, Inc. d/b/a Trunk Archive ("Trunk Archive"), including its attorneys, recovery partners, and agents, are hereby authorized by me to act on my behalf in all matters relating to copyright infringement of my work. Such authorization includes sending cease and desist letters, initiating and prosecuting litigation or other formal proceedings in my name and on my behalf as a named claimant or co-claimant in relevant courts, administrative bodies or private forums in order to enforce my copyrights, negotiating settlement terms/conditions and monetary restitution, receiving payments, seeking, obtaining and enforcing judgments and signing all documents and providing all reasonable cooperation relating to these matters. In executing this document, I represent and warrant that I am the holder of all rights, title and interest in and to the copyrighted works for which Trunk Archive will be acting on your behalf. I further acknowledge and agree that neither my other agents nor I will separately attempt to settle or resolve any instances of infringement without first notifying Trunk Archive thereof in order to ensure that the work of Trunk Archive and its attorneys, recovery partners, and agents on your behalf is not undermined. Nothing herein should be interpreted to obligate Trunk Archive or its attorneys, recovery partners or agents to take any particular action with respect to any particular infringement or enforcement opportunity.

By: _____
ARTIST:   Annie Leibovitz

Date:  6/12/2018