**EXHIBIT M**

Mathew K. Higbee, Esq., 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com

*Attorney for Plaintiff,*
 GREAT BOWERY INC.
 d/b/a TRUNK ARCHIVE

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| GREAT BOWERY INC. d/b/a TRUNK ARCHIVE,<br><br>Plaintiff,<br><br>v.<br><br>CASCADE DIGITAL MEDIA LLC; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. 6:20-cv-00009<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, GREAT BOWERY INC. d/b/a TRUNK ARCHIVE ("Trunk Archive" or "Plaintiff"), for its complaint against Defendant, CASCADE DIGITAL MEDIA LLC, ("Defendant") alleges as follows:

1

## JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.*

2. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant conducts business and/or resides within this judicial district, Defendants' acts of infringement complained of herein occurred in this judicial district, and Defendants caused injury to Plaintiff within this judicial district.

4. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendant resides and has a regular and established place of business in this judicial district.

## PARTIES

5. Plaintiff Great Bowery, Inc. d/b/a Trunk Archive is a Delaware corporation duly organized by law, having a place of business at 190 Bowery New York, NY 10012.

6. Defendant Cascade Digital Media LLC ("Defendant" or "Cascade Media") owns and operates the website, http://buzzfortoday.com/ (the "Website"),

which covers news relating to celebrities, political, finance, lifestyle, humor, and inspirational stories.

7. Defendants maintain a principal place of business at 33465 McKenzie View Drive, Eugene, OR 97408. Attached hereto as Exhibit A is a true and correct copy of Cascade Media's Statement of Information filed with the Oregon Secretary of State and their Terms of Use.

8. Trunk Archive is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10 inclusive, and for that reason, sued such Defendants under fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

9. For the purposes of this Complaint for Damages, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of Defendant(s) named in this caption.

**FACTUAL ALLEGATIONS**

*Trunk and the Photographs Forming the Subject Matter of this Complaint*

3

10. Trunk Archive is a full service photography licensing agency representing some of the most prominent photographers and iconic images in the world.

11. Trunk Archive's catalogue features imagery from hundreds of prominent artists and designers that are available for license.

12. One of the artists whom Trunk Archive represents is New York based photographer Annie Leibovitz ("Leibovitz").

13. Leibovitz is primarily known for her celebrity portraiture, and her work has been used on numerous album covers and magazines.

14. Perhaps her most iconic photograph is that of musician John Lenon and his wife Yoko Ono taken for *Rolling Stone* magazine mere hours before Lenon was shot and killed in front of his apartment on December 8, 1980.

15. In 2014, Leibovitz took a series of photographs of Caitlyn Jenner published online by *Vanity Fair* on June 25, 2015, with a "VF" watermark at the bottom right corner and the caption "PHOTOGRAPHED BY ANNIE LEIBOVITZ" for each photograph. *See* https://www.vanityfair.com/hollywood/2015/06/caitlyn-jenner-bruce-cover-annie-leibovitz.

16. Attached hereto as Exhibit B are true and correct copies of the original images at issue of Caitlyn Jenner.

17. Leibovitz registered the Images with United States Copyright Office

under registration number VA 2-977-805 with an effective registration date of August 7, 2015.

18. Leibovitz subsequently granted Trunk Archive the exclusive right to license the Image.

*Defendant's Infringement of the Images*

19. On or about April 26, 2019, Trunk Archive discovered that Defendant had used the Images without authorization on its Website in a post about celebrity news (the "Infringing Post"). True and correct copies of the Infringing Post featuring Leibovitz's Images are attached hereto as Exhibit C.

20. On information and belief, Defendants made unauthorized copies of the Images, and uploaded them to the server for Defendant's Website.

21. Trunk Archive never authorized Defendants to use the Images in any manner.

22. On information and belief, Defendant knew that it did not have permission to use the Images on the Website and willfully infringed Leibovitz's mages.

**FIRST CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**17 U.S.C. § 101** *et seq.*

23. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

24. Plaintiff did not consent to, authorize, permit, or allow in any manner

5

the said use of Plaintiff's unique and original Images.

25. Plaintiff is informed and believes and thereon alleges that the Defendant willfully infringed upon the copyrighted Images in violation of Title 17 of the U.S. Code, in that it used, published, communicated, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Images of the Plaintiff without Plaintiff's consent or authority, by using it in the Infringing Post on Defendant's Website.

26. As a result of Defendants' violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 pursuant to 17 U.S.C. § 504(c) per work infringed.

27. As a result of the Defendants' violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendants.

28. Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyrights pursuant to 17 U.S.C. § 502.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against Defendants as follows:

- For actual damages or statutory damages against Defendants in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c);
- For general and special damages against Defendants, according to proof,

6

together with interest thereon at the maximum legal rate;

- For costs of litigation and reasonable attorney's fees against Defendants pursuant to 17 U.S.C. § 505;

- For an injunction preventing Defendants from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502; and

For any other relief the Court deems just and proper.

Dated: January 2, 2020                                  Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile

# DEMAND FOR JURY TRIAL

Plaintiff, Great Bowery, Inc. d/b/a Trunk Archive, hereby demands a trial by jury in the above captioned matter.

Dated: January 2, 2020                  Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile