UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:23-cv-80488-RLR

| | |
|---|---|
| GREAT BOWERY INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| CONSEQUENCE SOUND LLC, and CONSEQUENCE MEDIA GROUP, | ) |
| Defendants. | ) |

**NOTICE OF SEALED FILING**

Pursuant to Local Rule 5.4(b)(1) and the Court's May 14, 2024 Order granting Plaintiff's motion to seal, ECF No. 34, Defendants Consequence Sound LLC and Consequence Media Group ("Defendants") submit this notice of sealed filing attaching unredacted copies of Defendants' Exhibit K attached to the Declaration of Anderson J. Duff and memorandum supporting Defendants' motion for summary judgment, which were previously filed with redactions pending the Court's ruling on Plaintiff's motion to seal. (Duff Decl. Ex. K, ECF No. 33-15; Defs.' Mem. Supp. Mot. Summ. J., ECF No. 33-16.)

Date:   May 15, 2024

**MAURO LAW P.A.**

 /s/ C. Cory Mauro
C. Cory Mauro
Florida Bar No. 384739
1001 Yamato Road, Suite 401
Boca Raton, FL 33431
cory@maurolawfirm.com
paralegal@maurolawfirm.com

1

Tel. 561-202-1992

Anderson J. Duff (*pro hac vice*)
DUFF LAW PLLC
353 Ocean Ave. Ste. 4E
Brooklyn, New York 11226
(t) 646.450.3607
(e) ajd@hoganduff.com

*Attorneys for Defendants Consequence Sound LLC and Consequence Media Group*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of May 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ C. Cory Mauro
        C. Cory Mauro