Case No. 9:23-cv-80488-RLR

|  |  |
|---|---|
| GREAT BOWERY INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CONSEQUENCE SOUND LLC, and | ) |
| CONSEQUENCE MEDIA GROUP, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SEALED FILING

Pursuant to Local Rule 5.4(b)(1) and the Court's May 14, 2024 Order granting Plaintiff's motion to seal, ECF No. 34, Defendants Consequence Sound LLC and Consequence Media Group ("Defendants") submit this notice of sealed filing attaching unredacted copies of Defendants' memorandum opposing Plaintiff's motion for summary judgment, which were previously filed with redactions. (Defs.' Mem. Supp. Mot. Summ. J., ECF No. 37.)

Date:  New York, New York
       May 24, 2024

Respectfully submitted,

By:   /C. Cory Mauro/
      C. Cory Mauro
      Florida Bar No. 384739
      MAURO LAW P.A.
      1001 Yamato Road, Suite 401
      Boca Raton, Florida 33431
      (t) 561.202.1992
      (e) cory@maurolawfirm.com
      (e) service@maurolawfirm.com

      Anderson J. Duff (*pro hac vice*)
      DUFF LAW PLLC
      353 Ocean Ave. Ste. 4E
      Brooklyn, New York 11226
      (t) 646.450.3607

1

(e) ajd@hoganduff.com

*Attorneys for Defendants*
*Consequence Sound LLC and*
*Consequence Media Group*

To:    Taryn Rose Murray
        HIGBEE & ASSOCIATES
        1504 Brookhollow Dr., Ste. 112
        Santa Ana, California 92705-5418
        (e) tmurray@higbee.law