**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| GREAT BOWERY INC d/b/a TRUNK ARCHIVE,<br><br>                   Plaintiff,<br><br>   v.<br><br>CONSEQUENCE SOUND LLC, CONSEQUENCE MEDIA GROUP INC.; and DOES 1 through 10 inclusive<br><br>  Defendant. | Case No. **9:23-cv-80488**<br><br>**SUPPLMENTAL DECLARATION OF ANNIE LEIBOVITZ** |

**SUPPLMENETAL DECLARATION OF ANNIE LEIBOVITZ**

I, Annie Leibovitz, declare as follows:

1.     I am over the age of 18 years old. I have personal knowledge of all matters stated herein, and if called as a witness, I could and would competently testify thereto.

2.     I have been a professional photographer for over 40 years.

3.     I own the business entity AL Studio LLC ("AL Studio").

4.     My business contracts, including with Condé Nast, are negotiated, organized, and managed by AL Studio on my behalf as an individual for my services as a photographer.

1

5.      I retain the rights to all photographs I create under agreements negotiated on my behalf by AL Studio as the agreements are created for my photography services.

6.      None of my copyrights are registered or assigned to AL Studio.

7.      AL Studio never held the copyrights in any of my Star Wars Photographs.

8.      AL Studio also maintains and archives my photographic portfolio and assists me in registering my copyrights.

9.      Laura Cali is an Archivist with AL Studio.

10.     On October 17, 2016, Laura Cali submitted my Episode VII Photographs to the U.S. Copyright Office for registration under Registration Certificate VA 2-056-929 ("Episode VII Registration") on my behalf. *See* ECF #31-1, Exhibit 7.

11.     The Copyright Office issued the Episode VII Registration to me, Annie Leibovitz. *Id.*

12.     The Episode VII Registration was submitted to the Copyright Office by AL Studio LLC and certified to by Laura Cali, an AL Studio employee. *See* ECF #33-3.

13.     On July 10, 2017, Laura Cali submitted my Episode VIII Photographs to the U.S. Copyright Office for registration under Registration Certificate VA 2-111-252 ("Episode VIII Registration") on my behalf. *See* ECF #31-1, Exhibit 19.

14.     The Copyright Office issued the Episode VIII Registration to me, Annie Leibovitz. *Id.*

15.     The Episode VIII Registration was submitted to the Copyright Office by AL Studio LLC and certified to by Laura Cali, an AL Studio employee. *Id.*

16. On January 16, 2020, Laura Cali submitted my Episode IX Photographs to the U.S. Copyright Office for registration under Registration Certificate VA 2-192-380 ("Episode IX Registration") on my behalf. *See* ECF #31-1, Exhibit 37.

17. The Copyright Office issued the Episode IX Registration to me, Annie Leibovitz. *Id.*

18. The Episode IX Registration was submitted to the Copyright Office by AL Studio LLC and certified to by Laura Cali, an AL Studio employee. *Id.*

19. The Episode IX Registration also lists Trunk Archive under "Rights and Permissions". *Id.*

20. Shortly following each initial publication of my Star Wars Photographs by Vanity Fair, AL Studios provided the Episode VII Photographs, the Episode VIII Photographs, and the Episode IX Photographs respectively to Trunk Archive on my behalf as an individual via WeTransfer, in accordance with the terms of the Artist Agreement, dated November 12, 2014.  (ECF #31-1, Leibovitz Decl. at ¶38-39, Exhibit 29 ¶1; ECF #33-1, Duff Decl. ¶12, Ex. K at 1).

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this May 23 , 2024 at New York, New York.

*Annie Leibovitz*

—————————————

Annie Leibovitz

3