**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| GREAT BOWERY INC d/b/a TRUNK ARCHIVE,<br><br>               Plaintiff,<br><br>  v.<br><br>CONSEQUENCE SOUND LLC, CONSEQUENCE MEDIA GROUP INC.; and DOES 1 through 10 inclusive<br><br>  Defendant. | Case No. **9:23-cv-80488**<br><br><br>**SUPPLMENTAL DECLARATION OF TARYN R. MURRAY** |

## DECLARATION OF TARYN R. MURRAY

I, Taryn R. Murray, declare as follows:

1. I am over the age of 18 years old. I have personal knowledge of all matters stated herein, and if called as a witness, I could and would competently testify thereto.

2. I am the attorney of record for Plaintiff Great Bowery Inc d/b/a Trunk Archive.

3. On January 2, 2020, Plaintiff filed a complaint asserting a claim for copyright infringement against a defendant in the District of Oregon. *See Great Bowery Inc. v. Cascade Digital Media LLC*, No. 6:20-cv- 00009-MK (D. Or. Jan. 2, 2020) ("Oregon Action").

1

4.      The Oregon Action involved two Annie Leibovitz photographs that are not subject to the current action.

5.      After the Court in the Oregon Action entered judgment against Plaintiff, Plaintiff filed an appeal with the 9th Circuit Court of Appeals. *See Great Bowery, Inc. v. Cascade Digit. Media, LLC*, 2022 U.S. App. LEXIS 22039.

6.      During pendency of appeal, the Parties in the Oregon Action reached a confidential settlement and requested that the Court vacate the Findings and Recommendation, the Order Adopting the Finding and Recommendations, and the Judgment in their entity.

7.      The Court in the Oregon Action granted the Parties request and the entirety of the Judgment and Findings and Recommendation were vacated.

8.      Attached hereto as Exhibit A is a true and correct copy of the Court's Order vacating the Oregon Action.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this May 24th, 2024 at Rego Park, New York.

Taryn R. Murray

# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

GREAT BOWERY, INC., dba
TRUNK ARCHIVE,

       Plaintiff,

      v.

CASCADE DIGITAL MEDIA,
LLC; DOES 1-10 inclusive,

       Defendants.

No. 6:20-cv-00009-MK

**ORDER**

AIKEN, District Judge.

This case comes before the Court on the parties' Joint Motion to Vacate the Findings and Recommendation, the Order Adopting the Findings and Recommendation, and the Judgment. ECF No. 44. Defendant has also filed a Notice, ECF No. 45, that it withdraws its motion for attorney fees and requests that the motion be denied as moot.

The parties represent that during they pendency of the appeal in this case they reached a confidential settlement of the matter. The parties' joint motion is a condition of that settlement. Upon consideration of the record, the motion, and the representations of the parties, the Court finds good cause to GRANT the motion, ECF No. 44. The Findings and Recommendation, ECF No. 31; the Order Adopting the Findings and Recommendation, ECF No. 35; and the Judgment, ECF No. 36, are

hereby vacated in their entirety.  Consistent with Defendant's Notice, ECF No. 45,

the Court DENIES as MOOT Defendant's Motion for Attorney Fees, ECF No. 38.

It is so ORDERED and DATED this  12th  day of July 2022.


 /s/Ann Aiken
ANN AIKEN
United States District Judge