UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:23-cv-80488-RLR

GREAT BOWERY INC.,

   Plaintiff,

v.

CONSEQUENCE SOUND LLC, and
CONSEQUENCE MEDIA GROUP,

   Defendants.

**DEFENDANTS' REPLY STATEMENT OF MATERIAL FACTS**

Pursuant to Local Rule 56.1, Defendants Consequence Sound LLC and Consequence Media Group (collectively referred to herein as "Defendants"), submit the following counterstatement of material facts in response to Plaintiff's statement of additional facts.

33. Undisputed.

34. Undisputed.

35. Undisputed.

36. Undisputed.

37. Undisputed.

38. Undisputed.

39. Undisputed.

40. Undisputed.

41. Undisputed.

42. Undisputed.

43. Undisputed.

44. Undisputed.

45. Undisputed.

Date: New York, New York
May 31, 2024

Respectfully submitted,

By: /C. Cory Mauro/
C. Cory Mauro
Florida Bar No. 384739
MAURO LAW P.A.
1001 Yamato Road, Suite 401
Boca Raton, Florida 33431
(t) 561.202.1992
(e) cory@maurolawfirm.com
(e) service@maurolawfirm.com

Anderson J. Duff (*pro hac vice*)
DUFF LAW PLLC
353 Ocean Ave. Ste. 4E
Brooklyn, New York 11226
(t) 646.450.3607
(e) ajd@hoganduff.com

*Attorneys for Defendants Consequence Sound LLC and Consequence Media Group*