## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GREAT BOWERY INC d/b/a TRUNK ARCHIVE, <br><br> Plaintiff, <br><br> v. <br><br> CONSEQUENCE SOUND LLC, CONSEQUENCE MEDIA GROUP INC.; and DOES 1 through 10 inclusive <br><br> Defendant. | Case No. **9:23-cv-80488** <br><br> **NOTICE OF APPEAL** |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Great Bowery Inc d/b/a Trunk Archive ("Plaintiff") hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's Order entered on July 1, 2024 (Dkt. #45), denying summary judgment to Plaintiff and granting Defendant's summary judgment in favor of Defendants Consequence Sound LLC and Consequence Media Group Inc, and from all appealable orders and judgments, including but not limited to the Court's Order, entered on May 8, 2024, denying Plaintiff's Motion for Leave to Amend the Complaint (Dkt. #29).

DATED: July 31, 2024  Respectfully submitted,

**s/ Taryn Rose Murray**
Taryn Rose Murray, Esq.
*Admitted Pro Hac Vice*
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne #200
N. Las Vegas, NV 89032
(714) 617-8340
(714) 597-6559 facsimile
tmurray@higbee.law
*Attorney for Plaintiff*

**/s/ Melissa A. Higbee**
Melissa A. Higbee, Esq.
State Bar No. 62465
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne #200
N. Las Vegas, NV 89032
(714) 617-8336
(714) 597-6559 facsimile
*Attorney for Plaintiff*

# REPRESENTATION STATEMENT

**Plaintiff/Appellant**

Great Bowery Inc d/b/a Trunk Archive
c/o Higbee & Associates
3110 W. Cheyenne #200
N. Las Vegas, NV 89032
(714) 617-8340

**Represented By:**

Taryn Rose Murray, Esq.
*Admitted Pro Hac Vice*
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne #200
N. Las Vegas, NV 89032
(714) 617-8340
(714) 597-6559 facsimile
tmurray@higbee.law

Melissa A. Higbee, Esq.
State Bar No. 62465
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne #200
 N. Las Vegas, NV 89032
(714) 617-8336
(714) 597-6559 facsimile

**Defendant/Appellee**

Consequence Sound Media Group Inc.
c/o DUFF LAW PLLC
353 Ocean Avenue Ste.
4E New York, New York 11226
(t) 646.450.3607
(e) ajd@hoganduff.com

Consequence Sound LLC
c/o DUFF LAW PLLC
353 Ocean Avenue Ste.
4E New York, New York 11226
(t) 646.450.3607
(e) ajd@hoganduff.com

**Represented By:**

Carl Cory Mauro
Mauro Law
1001 Yamato Road, Suite 401
Boca Raton, FL 33431
561-202-1992
Email: cory.mauro@maurolawfirm.com

Anderson J. Duff (*pro hac vice*)
DUFF LAW PLLC
353 Ocean Avenue Ste.
4E New York, New York 11226
(t) 646.450.3607
(e) ajd@hoganduff.com

## **CERTIFICATE OF SERVICE**

I certify that the Plaintiff's Notice of Appeal has been served on all parties who have appeared in this case by using the Court's CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record listed with the Clerk of the Court.

                                                 ***/s/ Taryn R. Murray***
                                                  Taryn R. Murray