# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 18, 2024

FILED BY_____JG_____D.C.

**Nov 18, 2024**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  24-12482-AA
Case Style:  Great Bowery Inc. v. Consequence Sound LLC, et al
District Court Docket No:  9:23-cv-80488-RLR

The referenced appeal was dismissed.

Appellant's motion to reinstate this appeal has been granted by the clerk.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

Clerk's Office Phone Numbers
General Information:    404-335-6100      Attorney Admissions:        404-335-6122
Case Administration:   404-335-6135      Capital Cases:              404-335-6200
CM/ECF Help Desk:      404-335-6125      Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

REINST-2 Clerk Reinst_Mot Granted

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-12482-AA

_____

GREAT BOWERY INC.,
a.k.a. Truck Archive,

                                        Plaintiff - Appellant,

versus

CONSEQUENCE SOUND LLC,
CONSEQUENCE MEDIA GROUP INC.,
DOES 1 THROUGH 10, INCLUSIVE,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: The motion to reinstate appeal is GRANTED. The appeal is reinstated by the clerk, effective November 18, 2024.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION