UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9-23-cv-80488

GREAT BOWERY, INC.,

Plaintiff,

v.

CONSEQUENCE SOUND, LLC,

Defendant.
_______________________________________/

**JOINT SCHEDULING REPORT**

Plaintiff, Great Bowery and Defendant, Consequence Sound, LLC, hereby submit this Joint Scheduling Report pursuant to S.D. Fla. Local Rule 16.1(a)(2)(B). The parties agree that in addition to determining the appropriate case management track, developing a case management plan and discussing settlement in good faith, the following was required to be considered and reported by the Court's Order and the Local Rule.

**A. Likelihood of Settlement**

The parties believe there is a reasonable likelihood of settlement.

**B. Likelihood of Appearance of Additional Parties**

Plaintiff believes additional parties may be necessary is uncovered during discovery and pending resolution of Plaintiff's anticipated motion for leave to amend. Defendant expects to oppose Plaintiff's motion.

**C. Proposed Deadlines**

The parties propose the following limits on time

i. Until August 15, 2026 to move to join other parties or move to amend

ii. Until January 12, 2027 to file pre-trial motions

iii. Until December 13, 2026 to complete all discovery

**D. Proposals for the Formulation and Simplification of Issues**

The parties anticipate resolving issues of liability and standing by each filing a motion for summary judgment.

**E. Amendments to the Pleadings**

Plaintiff believes amendment to the pleading is necessary. Defendant expects to oppose Plaintiff's motion to amend the pleading.

**F. Possibility of Obtaining Admissions of Fact and of Documents**

The parties believe it is reasonably likely that may exchange documents and electronically stored information to avoid unnecessary proofs, rulings, or stipulations.

**G. Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence**

The parties believe they may be able to confer in advance of summary judgment and trial to avoid unnecessary proof and cumulative evidence.

**H. Referral of Matters to Magistrate Judge or Master**

The parties are amenable to referral to a Magistrate Judge for purposes of settlement; they do not consent to referral for the remainder of the case.

**I. Estimated Timeline for Trial**

The parties estimate a trial will last 3-5 days.

**K. Additional Issues**

The parties are not aware of any issues as to the matters set forth in Local Rule 16.1(b)(2)(K)(i-iii).

**L. Additional information**

The parties are not aware of any other information to be reported at this time

Dated: July 1, 2026

Respectfully submitted,

/s/Chris Kleppin
Chris Kleppin
Florida Bar No. 625485
The Kleppin Firm, P.A.
8751 West Broward Boulevard
Suite 105
Plantation, Florida 33324
Tel: 954-424-1933
chris@kleppinlaw.com

/s/Anderson J. Duff
Anderson J. Duff (*pro hac* vice)
Duff Law PLLC
353 Ocean Ave. Ste. 4E
Brooklyn, New York 11226
(t) 646.450.3607
(e) ajd@hoganduff.com

C. Cory Mauro
Florida Bar No. 384739
Mauro Law P.A.
1001 Yamato Road, Suite 401
Boca Raton, Florida 33431
(t) 561.202.1992
(e) cory@maurolawfirm.com
(e) service@maurolawfirm.com

*Attorneys for Defendant Consequence Sound LLC*