UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9-23-cv-80488

GREAT BOWERY, INC.,

Plaintiff,

v.

CONSEQUENCE SOUND, LLC,

Defendant.
_______________________________________/

**JOINT PROPOSED SCHEDULING ORDER**

THIS MATTER is set for trial during the Court's two-week trial calendar beginning March 22, 2027 and Calendar Call on March 17, 2027 at 10:00 a.m.

It is hereby ORDERED that the case is placed on the Standard Track pursuant to Local Rule 16.1(B)(2) and the following deadlines put in place:

| | |
|---|---|
| June 30, 2026 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| July 14, 2026 | Parties must select a mediator and jointly file a proposed order scheduling mediation. |
| July 31, 2026 | Motion for joinder of any additional parties and filing of motion to amend the pleadings: |
| December 23, 2026 | Plaintiff shall disclose experts, expert witness summaries, and reports. |
| January 7, 2027 | Defendant shall disclose experts, expert witness summaries, and reports. |
| January 21, 2027 | The parties shall exchange rebuttal expert witness summaries and reports. |

| | |
|---|---|
| January 28, 2027 | Written lists containing the names and addresses of all fact witnesses intended to be called at trial |
| December 13, 2026 | All discovery, including expert discovery, shall be completed. |
| March 12, 2027 | The parties must have completed mediation and filed a mediation report. |
| January 12, 2027 | Dispositive motions, including motions for summary judgment, and *Daubert motions.* Each party is limited to filing one *Daubert* motion. |
| July 19, 2026 | Deadline to submit consent to United States Magistrate. |
| March 15, 2027 | Deposition designations and counter designations shall be filed |
| February 26, 2027 | All Pretrial Motions and Memoranda of law, including Motions in Limine. |
| March 12, 2027 | The parties shall submit a joint pre-trial stipulation, proposed jury instructions, and verdict form, or proposed findings of fact and conclusions of law. |

DONE AND ORDERED in Chamber, Miami, Florida, this ___ day of July 2026.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies furnished:
Counsel of Record