**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In the matter of: Case Transfers to
**District Judge Jeffrey T. Kuntz**

1. *Gampong v. Flanigan's Management Services, Inc.*, Case No: 1:25-cv-21494-KMM
2. *Mitchell, Henry v. Steel*, Case No: 9:25-cv-80983-KMM
3. *Government Employees Insurance Co. et al v. GR Rehab Center, Inc.*, Case No: 1:26-cv-24554-KMM
4. *Chester v. United States of America*, Case No: 1:25-cv-25670-KMM
5. *Caraballo v. United States of America*, Case No: 1:26-cv-22749-KMM
6. *Giordano v. The Prudential Insurance Company of America*, Case No: 1:26-cv-21587-KMM
7. *Ponce v. Delta Air Lines Inc.*, Case No: 1:26-cv-24769-KMM
8. *Staggs v. Carnival Corporation*, Case No: 1:25-cv-25882-KMM
9. *Yopima, LLC v. Gobrands, Inc.*, Case No: 1:26-cv-23639-KMM
10. *Rodriguez v. Guardian Impact Windows & Roofing LLC*, Case No: 1:26-cv-20912-KMM
11. *The Towers of Westland Condominium Association, Inc. v. Fernandez*, Case No: 1:26-cv-24332-KMM
12. *GREAT BOWERY INC v. CONSEQUENCE SOUND LLC*, Case No: 9:23-cv-80488-KMM
13. *DAVID'S DOZER V-LOC SYSTEM INCORPORATED v. WARREN'S CONCRETE SERVICES, INC*, Case No: 1:16-cv-21084-KMM

1. *USA v. Fabio Ulloa Guerrero*, Case No: 1:25-cr-20539-KMM-1
2. *USA v. Brian Scott Eberling*, Case No: 1:26-cr-20205-KMM-1

**ORDER OF REASSIGNMENT**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04). It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the

**Honorable Jeffrey T. Kuntz** as of August 12, 2026, for all further proceedings. It is further

ORDERED that all currently pending hearings set before the undersigned Judge are hereby TERMINATED and are to be rescheduled by **District Judge Jeffrey T. Kuntz.** It is further

ORDERED all deadlines will REMAIN IN EFFECT unless altered by **District Judge Jeffrey T. Kuntz**. It is further

ORDERED that all papers hereafter filed shall bear the assigned case number followed by the initials JTK in lieu of the present initials.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of August, 2026.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record