**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| GREAT BOWERY INC d/b/a TRUNK ARCHIVE, ANNIE LEIBOVITZ,<br><br>Plaintiffs,<br><br>v.<br><br>CONSEQUENCE SOUND LLC, CONSEQUENCE MEDIA GROUP INC., and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.<br><br>**FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

## JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq*.

2. This Court has subject matter jurisdiction over Plaintiffs' claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3. This court has personal jurisdiction over Defendant because Defendant's acts of infringement complained of herein occurred in the state of Florida and the United States, Defendant's acts of infringement were directed towards the state of Florida and the United States, Defendant caused injury to Plaintiff within the state of Florida and the United States, and Defendant has a physical presence in the state of Florida and the United States.

4. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

5. Plaintiff Great Bowery, Inc. d/b/a Trunk Archive is a Delaware Corporation, duly organized by law with a principal place of business in New York.

6. Plaintiff Annie Leibovitz is an individual residing in New York.

7. Defendant Consequence Sound LLC ("CS") is an Illinois limited liability company with a principal place of business at 5301 N. Federal Hwy Ste 150, Boca Raton Fl, 33487.

8. Defendant Consequence Media Group Inc ("CMG") is a Delaware corporation with a principal place of business at 5301 N. Federal Hwy Ste 150, Boca Raton Fl, 33487.

9. Plaintiffs are unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiffs are informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiffs' damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiffs will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

## FACTUAL ALLEGATIONS

10. Trunk Archive is a full-service photography licensing agency representing some of the most prominent photographers and iconic images in the world.

11. Trunk Archive's catalogue features imagery from hundreds of prominent artists and designers that are available for license.

12. One of Trunk Archive's most prominent artists is American portrait photographer Annie Leibovitz ("Leibovitz").

13. Leibovitz is one of the world's best known and most accomplished portrait photographers. She is primarily known for her celebrity portraiture and her work has been featured on numerous album covers and magazines.

14. Her work has been exhibited in prominent galleries and museums, including the Smithsonian Institute's National Portrait Gallery in Washington, DC.

15. In 2014, Annie Leibovitz was invited to the set of *Star Wars Episode VII* where she was granted exclusive access to photograph images of the cast and crew of Star Wars Episode VII for the June 2015 issue of *Vanity Fair Magazine*.

16. In June 2015, 7 of Leibovitz' photographs of the cast and crew of *Star Wars Episode VII* were published in *Vanity Fair Magazine* (the "Episode VII Photographs") with a "VF" watermark at the bottom corner and the caption "PHOTOGRAPH BY ANNIE LEIBOVITZ" for each photograph. *See* https://www.vanityfair.com/hollywood/photos/2015/05/star-wars-the-force-awakens-photos-annie-leibovitz.

17. Leibovitz registered the Episode VII Photographs with the United States Copyright Office under registration certificate VA 2-056-929.

18. Attached hereto as Exhibit A are true and correct copies of the original Episode VII Photographs.

19. In 2016, Leibovitz was invited to the set of *Star Wars Episode VIII* where she was granted exclusive access to photograph images of the cast and crew of *Star Wars Episode VIII* for the June 2017 issue of *Vanity Fair Magazine*.

20. In 2017, 13 of Leibovitz' photographs of the cast and crew of *Star Wars Episode VII* were published in *Vanity Fair Magazine* (the "Episode VIII Photographs") with a "VF" watermark at the bottom corner and the caption "PHOTOGRAPH BY ANNIE LEIBOVITZ" for each photograph. *See* https://www.vanityfair.com/hollywood/photos/2017/05/star-wars-the-last-jedi-portraits-annie-leibovitz.

21. Leibovitz registered the Episode VIII Photographs with the United States Copyright Office under registration certificate VA 2-111-252.

22. Attached hereto as Exhibit B are true and correct copies of the original

Episode VIII Photographs.

*23.* In 2018 and 2019, Leibovitz was invited to the set of *Star Wars Episode IX* where she was granted exclusive access to photograph images of the case and crew of *Star Wars Episode IX* for the June 2019 of *Vanity Fair Magazine.*

24. In June 2019, 11 of Leibovitz' photographs of the cast and crew of *Star Wars Episode IX* were published in *Vanity Fair Magazine* (the "Episode IX Photographs") with a "VF" watermark at the bottom corner and the caption "PHOTOGRAPH BY ANNIE LEIBOVITZ" for each photograph. *See* https://www.vanityfair.com/hollywood/2019/05/star-wars-cover-story.

25. Leibovitz registered the Episode IX Photographs with the United States Copyright Office under registration certificate VA 2-192-380.

26. Attached hereto as Exhibit C are true and correct copies of the original Episode IX Photographs.

27. The Episode VII Photographs, Episode VII Photographs, and Episode IX Photographs will collectively be referred to as the "Star Wars Photographs"

28. Defendant Consequence Sound LLC is a news and entertainment media company that provides extensive coverage of movies, television, and other pop culture new items on its website and social media websites.

29. Defendant Consequence Media Group Inc. is a media engagement company that partners with major brands to create digital user engagement across its websites.

30. On information and belief, Defendant CS and Defendant CMG (collectively, the "Defendants") are the owners, operators, and managers of the website www.consequence.net ("Defendants' Website").

31. On or about June 6, 2022, Trunk Archive discovered Leibovitz' Star Wars Photographs published on Defendant's Website in posts titled "Details for Stars Wars The Force Awakens Surface in Vanity Fair Shoot"; "Star Wars The Last

Jedi Details and Photos Surface in Vanity Fair Cover Story"; "Star Wars The Rise of Sky Walker Vanity Fair"; and "Film Review: Star Wars The Rise of Skywalker" ("Infringing Posts").

32. Attached hereto as Exhibit D is a true and correct screenshot of the Infringing Posts on Defendant's Website. These include three screenshots of infringing content created, reproduced, displayed, and distributed by Consequence and which remain online and accessible to the public as of August 14, 2026.

33. Neither Trunk Archive nor Leibovitz has ever given Defendants a license or other permission to display, distribute or otherwise use the Star Wars Photographs on the Defendants' Website or any other website or platform.

34. Defendants (including its employees, agents, contractors or others over whom it has responsibility and control) copied and uploaded the Star Wars Photographs to the Defendants' Website without Trunk Archive's consent or authorization

35. Soon after discovering the Defendants' infringements of the Star Wars Photographs, Trunk Archive, through counsel sent a letter to the Defendants at their principal place of business in Florida, demanding Defendants immediately cease and desist use of the Star Wars Photographs and make reasonable compensation to Trunk Archive for Defendants' past and ongoing violations of the  copyrights.

36. Trunk Archive, through counsel, subsequently made no less than 13 additional attempts to contact and resolve the dispute with Defendants by email, phone, and traditional mail.

37. Defendants did not respond to Trunk Archive's attempts to resolve the dispute.

38. On information and belief, Defendants' use of the Star Wars Photographs was deliberate and willful because they knew or should have known that they did not have a license to use the Star Wars Photographs and Defendants

were aware of the source of the Star Wars Photographs due to the watermarks on each image and the Defendants' own reference to *Vanity Fair Magazine* in each of the Infringing Posts.

39. Trunk Archive and Leibovitz have entered into an exclusive licensing agreement whereunder Trunk Archive has exclusive rights to distribute and license Leibovitz's work and authorize third parties to display, reproduce, create derivatives from, and distribute Leibovitz's work. Leibovitz owns the copyrights for her work. The work at issue in this case are covered by the foregoing.

**CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**17 U.S.C. § 101 *et seq***

40. Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

41. Plaintiffs did not consent to, authorize, permit, or allow in any manner the said use of the unique and original Star Wars Photographs.

42. Plaintiffs are informed and believe and thereon allege that the Defendants willfully infringed upon the copyrighted Star Wars Photographs in violation of Title 17 of the U.S. Code, in that they used, published, communicated, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Star Wars Photographs without Plaintiff's consent or authority, by using them in the Infringing Posts.

43. As a result of Defendants' violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000 pursuant to 17 U.S.C. § 504(c).

44. As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendants.

45. Defendants' knowing removal of Leibovitz's copyright management

information from one or more of the works at issue and subsequent publication and distribution of those works under their own name and with knowledge that they had no right to use the works is a further violation of 17 U.S.C. §1202(a) and (b) and thus exposes them to additional statutory damages and attorneys fees under 17 U.S.C. § 1203.

46. Plaintiffs are also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendants as follows:

- For a finding that Defendants infringed Plaintiff's copyright interest in the Star Wars Photographs by copying, displaying, and distributing it without a license or consent;
- For an award of actual damages and disgorgement of all of profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendants in an amount up to $150,000 for each infringement pursuant to 17 U.S.C. § 504(c), whichever is larger, and statutory damages as allowed by 17 U.S.C. § 1203;
- For an injunction preventing Defendants from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502;
- For costs of litigation and reasonable attorney's fees against Defendants pursuant to 17 U.S.C. §§ 505 and 1203;
- For pre judgment interest as permitted by law; and
- For any other relief the Court deems just and proper.

Dated: August 14, 2026

Respectfully submitted,

DONIGER / BURROUGHS

By: *_/s/ Scott Alan Burroughs_*
Scott Alan Burroughs
[admitted pro hac vice]
247 Water Street, First Floor
New York, New York
Telephone: (310) 590-1820
scott@donigerlawfirm.com

THE KLEPPIN FIRM, P.A.

By: *_/s/Chris Kleppin_*
Chris Kleppin
Florida Bar No. 625485
8751 West Broward Boulevard
Suite 105
Plantation, Florida 33324
Tel: 954-424-1933
chris@kleppinlaw.com

*Counsel for Plaintiffs*

## DEMAND FOR JURY TRIAL

Plaintiff Trunk Archive hereby demands a trial by jury in the above matter.

Dated: August 14, 2026

Respectfully submitted,

DONIGER / BURROUGHS

By: *_/s/ Scott Alan Burroughs_*
Scott Alan Burroughs
[admitted pro hac vice]
247 Water Street, First Floor
New York, New York
Telephone: (310) 590-1820
scott@donigerlawfirm.com

THE KLEPPIN FIRM, P.A.

By: *_/s/Chris Kleppin_*
Chris Kleppin
Florida Bar No. 625485
8751 West Broward Boulevard
Suite 105

Plantation, Florida 33324
Tel: 954-424-1933
chris@kleppinlaw.com

*Counsel for Plaintiffs*

# Exhibit "A"

















# Exhibit "B"






TRUNK ARCHIVE
TRUNK ARCHIVE
TRUNK ARCHIVE




TRUNK ARCHIVE

















# Exhibit "C"




TRUNK ARCHIVE
TRUNK ARCHIVE
TRUNK ARCHIVE


TRUNK ARCHIVE
TRUNK ARCHIVE
TRUNK ARCHIVE
TRUNK ARCHIVE


TRUNK ARCHIVE
TRUNK ARCHIVE
TRUNK ARCHIVE
TRUNK ARCHIVE


TRUNK ARCHIVE
TRUNK ARCHIVE
TRUNK ARCHIVE
TRUNK ARCHIVE




TRUNK ARCHIVE
TRUNK ARCHIVE









# Exhibit "D"


Chrome File Edit View History Bookmarks Profiles Tab Window Help
Thu 9:36 AM
Thursday, June 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...
Details for Star Wars: The Forc
consequence.net/2015/05/details-for-star-wars-the-force-awakens-surface-in-vanity-fair-shoot-watch/
H&A - Wiki Higbee & Assoc RecordGone ImmigrateFast.com TrustFax Paylocity CRM CarCulture_Contri...
MUSIC FILM TV HEAVY
CONSEQUENCE FILM
News Reviews Features Live Podcasts Videos Mobile App
Menu Shop Search Sale
Advertisement
+MANY MORE
Popular Stories
Music
Foo Fighters Announce Taylor Hawkins Tribute Concerts
Film
Johnny Depp Joins TikTok, Shares Video Thanking Fans for Support: Watch
LIMITED EDITION: Shop the New GWAR Bud Of Gods Fanny Pack Bundle, 25% Off
Advertisement
TV
20 Best TV Shows of 2022 (So Far)
Heavy Consequence
Update: Peter Mayhew, aka Chewbacca himself, tweeted the following photo this afternoon
featuring Gwendoline Christie as Captain Phasma. In other words, the Chrome Trooper from


Chrome File Edit View History Bookmarks Profiles Tab Window Help
Thu 9:37 AM
Thursday, June 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...
Details for Star Wars: The For
5543ca96801ffcbc36b34181
consequence.net/wp-content/uploads/2015/05/5543ca96801ffcbc36b34181_vanity-fair-star-wars-01.jpg?quality=80&resize=190%2C129&strip#038;w=190&h=129&strip
H&A - Wiki
Higbee & Assoc
RecordGone
ImmigrateFast.com
TrustFax
Paylocity
CRM
CarCulture_Contri...


Chrome File Edit View History Bookmarks Profiles Tab Window Help
Thu 1:24 PM
Thursday, June 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...
Details for Star Wars: The For...
consequence.net/2015/05/details-for-star-wars-the-force-awakens-surface-in-vanity-fair-shoot-watch/
H&A - Wiki Higbee & Assoc RecordOne ImmigrateFast.com TrustFax Paylocity CRM CarCulture_Contri...
MUSIC FILM TV HEAVY
CONSEQUENCE FILM
News Reviews Features Live Podcasts Videos Mobile App
Menu Shop Search Sale
HOW A NEW GENERATION IS SHAKING UP HOLLYWOOD'S BIGGEST FRANCHISE. BY BRUCE HANDY
STAR WARS
Gallery:
Update: Peter Mayhew, aka Chewbacca himself, tweeted the following photo this afternoon featuring Gwendoline Christie as Captain Phasma. In other words, the Chrome Trooper from the trailer.
Peter Mayhew Foundation
@TheWookieeRoars
The lovely Gwendoline Christie (@lovegwendoline) as the not so lovely Captian Phasma
Advertisement
Hertz
Vans and trucks nearby.
Hertz. Let's Go!
Book Now
Popular Stories
Foo Fighters Announce Taylor Hawkins Tribute Concerts
Todd Phillips Confirms Joker 2, Reveals Sequel Subtitle
Let the "Good Times" Roll with Rome & Duddy's CBD & Merch: Order Today
TV
20 Best TV Shows of 2022 (So Far)
Is Johnny Depp Actually a Talented Guitarist?
Waiting for syndication.twitter.com...






Chrome File Edit View History Bookmarks Profiles Tab Window Help
Thu 1:28 PM
Thursday, June 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...
Details for Star Wars: The For
consequence.net/2015/05/details-for-star-wars-the-force-awakens-surface-in-vanity-fair-shoot-watch/
H&A - Wiki
Higbee & Assoc
RecordGone
ImmigrateFast.com
TrustFax
Paylocity
CRM
CarCulture_Contri...
Main hall of pirate Maz Kanata's castle
2 / 6


Chrome File Edit View History Bookmarks Profiles Tab Window Help
Thu 1:24 PM
Thursday, June 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...
Details for Star Wars: The For
consequence.net/2015/05/details-for-star-wars-the-force-awakens-surface-in-vanity-fair-shoot-watch/
H&A - Wiki Higbee & Assoc RecordGone ImmigrateFast.com TrustFax Paylocity CRM CarCulture_Contri...
MUSIC FILM TV HEAVY
CONSEQUENCE FILM
News Reviews Features Live Podcasts Videos Mobile App
Menu Shop Search Sale
VANITY FAIR
SEBASTIAN JUNGER: WHY SOLDIERS MISS WAR
THE EMPIRE REBOOTS!
THE NEW HEROES! THE OLD HEROES! THE HIGH STAKES!
EXCLUSIVE! FIRST LOOK PHOTOS BY ANNIE LEIBOVITZ
HOW A NEW GENERATION IS SHAKING UP HOLLYWOOD'S BIGGEST FRANCHISE, BY BRUCE HANDY
STAR WARS
Advertisement
Hertz
Vans and trucks nearby.
Hertz. Let's Go!
Book Now
Popular Stories
Music
Foo Fighters Announce Taylor Hawkins Tribute Concerts
Film
Todd Phillips Confirms Joker 2, Reveals Sequel Subtitle
Let the "Good Times" Roll with Rome & Duddy's CBD & Merch: Order Today
Advertisement
TV
30 Best TV Shows of 2022 (So Far)
Heavy Consequence
Is Johnny Depp Actually a Talented Guitarist?
Waiting for syndication.twitter.com...










VF


Popular Stories








VANITY FAIR
THE EMPIRE REBOOTS!
EXCLUSIVE! FIRST LOOK PHOTOS BY ANNIE LEIBOVITZ
STAR WARS

Chrome File Edit View History Bookmarks Profiles Tab Window Help Thu 11:07 AM

Thursday, June 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...

Star Wars Movies and Shows

https://consequence.net/2022/05/star-wars-movies-shows-ranked-list/19/

H&A - Wiki | Higbee & Assoc | RecordGone | ImmigrateFast.com | TrustFax | Paylocity | CRM | CarCulture_Contri...

MUSIC FILM TV HEAVY

CONSEQUENCE

News Reviews Features Live Podcasts Videos Mobile App | Menu | Shop | Search | Sale

of the Resistance to their final battlefield.



Lando Calrissian (Billy Dee Williams), Poe Dameron (Oscar Isaac), Chewbacca, D-O, and BB-8 in Star Wars: The Rise of Skywalker (Lucasfilm), photo by Annie Leibovitz

"Who's Scruffy Looking?" *Rise Of Skywalker* introduces even more horses in the orbaks that Jannah (Naomi Aackie) and Finn (John Boyega) ride into battle on the surface of one of the aforementioned Star Destroyers. The Porgs also make a comeback, and there's even a welcome cameo from everybody's favorite Ewok: Wicket W. Warrick.

Advertisement




## Popular Stories

Music
**Foo Fighters Announce Taylor Hawkins Tribute Concerts**

Film
**Johnny Depp Joins TikTok, Shares Video Thanking Fans for Support: Watch**

**Get Ready for Summer With Branded Tees & More Apparel**
Advertisement

TV
**20 Best TV Shows of 2022 (So Far)**

Heavy Consequence










VF


VF








CONSEQUENCE
A financial plan can lead to 2.7x higher net worth.
Get started in as little as 15 minutes
Free digital planning tools
1:1 guidance tailored to your goals
Popular Stories






VF


VF


Chrome File Edit View History Bookmarks Profiles Tab Window Help
Thu 11:26 AM
Thursday, June 9, 2022
View as Analog
✓ View as Digital
Open Date & Time Preferences...
Star Wars: The Rise of Skywal
consequence.net/2019/05/star-wars-the-rise-of-skywalker-vanity-fair/
H&A - Wiki
Higbee & Assoc
RecordGone
ImmigrateFast.com
TrustFax
Paylocity
CRM
CarCulture_Contri...
MUSIC FILM TV HEAVY
CONSEQUENCE FILM
News Reviews Features Live Podcasts Videos Mobile App
Menu
Shop
Search
Sale
IN FULL EFFECT
Popular Stories
Foo Fighters Announce Taylor Hawkins Tribute Concerts
Johnny Depp Joins TikTok, Shares Video Thanking Fans for Support: Watch
It's the Most Age-Appropriate T-Shirt on the Market: Shop Now
20 Best TV Shows of 2022 (So Far)
Coheed and Cambria Drop Dance Gavin Dance from Summer Tour Amid Sexual Misconduct Allegations


VF


CONSEQUENCE FILM
News Reviews Features Live Podcasts Videos
Menu
Popular Stories
What About Lando? Absolutely beautiful. He truly belongs among the clouds. Billy Dee Williams slides right back under the cape as the smooth-talking Calrissian, and his few scenes are more affecting than just remedial fan service.
The Verdict: The Rise of Skywalker was never going to be perfect, and neither was this


VF














VANITY FAIR
STAR WARS
Episode IX: The Rise of Skywalker




CONSEQUENCE FILM
Fair cover story
The roles of Keri Russell and Richard E. Grant have been confirmed and much, much more
PREMIUM WIRELESS
$15/mo
mint
SHOP NOW




CONSEQUENCE FILM
J.J. Abrams delivers an epic finale that really ties the trilogies together
B+



# Additional Claims – Still Online as of August 14, 2026

https://consequence.net/2018/08/mark-hamill-donald-trump-carrie-fisher-star/ August 14, 2026

MUSIC TV & MOVIES HEAVY

CONSEQUENCE News Reviews Features Live Podcasts Videos Login

TV & Movies › TV & Movie News

# Mark Hamill suggests Carrie Fisher replace Donald Trump on Hollywood Walk of Fame

The West Hollywood City Council unanimously approved a resolution calling for the removal of Trump's star

Share article Save

Advertisement






Mark Hamill and Carrie Fisher

Advertisement

https://x.com/consequence/status/1131209452097613825 August 14, 2026

X

← Post

CONSEQUENCE
@consequence

New Star Wars: The Rise of Skywalker details and photos have surfaced: cos.lv/mwAV50umBTd #StarWars #TheRiseofSkywalker



10:43 AM · May 22, 2019

See all the replies

Continue to X

Log in or sign up for X

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

Relevant people

CONSEQUENCE
@consequence
Follow

Music, Movies, TV and Pop Culture News for the Mainstream and Underground. Also find us here: https://t.co/m2tWocn4LL

Terms · Privacy · Cookies · Accessibility · US TDA · Ads info · More · © 2026 X Corp.

https://x.com/consequence/status/1131211213218693121 August 14, 2026

X

← Post

CONSEQUENCE @consequence · May 22, 2019

New Star Wars: The Rise of Skywalker details and photos have surfaced: cos.lv/mwAV50umBTd #StarWars #TheRiseofSkywalker



7 7 14

CONSEQUENCE
@consequence

Join the conversation

Continue to X

Log in or sign up for X

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

Relevant people

CONSEQUENCE
@consequence
Follow

Music, Movies, TV and Pop Culture News for the Mainstream and Underground. Also find us here: https://t.co/m2tWocn4LL

Terms · Privacy · Cookies · Accessibility · US TDA · Ads info · More · © 2026 X Corp.