CONFIDENTIAL

## ARTIST AGREEMENT

This Artist Agreement (the "Agreement") is made as of November 12, 2014 by and between Trunk Images, Inc. d/b/a Trunk Archive ("Trunk Archive") and Annie Leibovitz ("Artist"). This Agreement shall confirm the terms upon which Trunk Archive will be the worldwide representative for licensing certain copyrighted images in and/or to which Artist holds the copyright or reproduction rights.

1. Grant of Rights: Subject to the terms and conditions of this Agreement, Artist hereby grants to Trunk Archive the exclusive worldwide right to license, market, and promote the Licensed Images (as defined below) for all uses in any and all media. Notwithstanding the foregoing, nothing contained herein shall restrict Artist's right to collaborate with or deliver any Licensed Images to [redacted]

2. Licensed Images: The images subject to this Agreement shall be those images provided to Trunk Archive by Artist or Artist's authorized agent for representation hereunder (the "Licensed Images"). [redacted]

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first set forth above.

**TRUNK ARCHIVE**

By: ______________________________
Name: Matthew Moneypenny
Title: CEO

**THE ARTIST:**

By: ______________________________ 11/14/14
Annie Leibovitz